United States District Court
Middle District of Florida
Jacksonville Division

**RANDOLPH & TABETHA SELLERS,**
**INDIVIDUALLY AND ON BEHALF OF**
**ALL OTHERS SIMILARLY SITUATED,**

    *Plaintiffs,*

v.                                                                                    **NO. 3:15-CV-1106-J-32PDB**

**RUSHMORE LOAN MANAGEMENT SERVICES, LLC,**

    *Defendant.*

___

## Order

The Court strikes the defendant's response in opposition to the plaintiffs' motion to strike affirmative defenses, Doc. 15, because it exceeds the 20-page limit for responses in Local Rule 3.01(b). By **January 8, 2016**, the defendant may file either a response that complies with the rule or a motion to exceed the page limits.

**Ordered** in Jacksonville, Florida, on December 21, 2015.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:    Counsel of record