# <u>EXHIBIT A</u>

**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

Visit our website at www.rushmorelm.com
Telephone (888) 504-6700

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

MORTGAGE STATEMENT

| | |
|---|---|
| Account Number | 7600015812 |
| Payment Due Date | 05/01/2014 |
| **Amount Due**(5) | **$72,916.99** |

If payment is received after 05/16/2014, a $39.82 late fee will be charged

This communication is from a debt collector and any information received will be used for that purpose. This does not imply that Rushmore Loan Management Services is attempting to collect from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

## Account Information

| | |
|---|---|
| Property Address | 6045 OAK LEAF RD KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $1,751.60 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $184.96 |
| Interest | $549.24 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $238.92 |
| Overdue Payment | $71,682.48 |
| **Total Amount Due** | **$72,916.99** |
| Partial Payment (Unapplied)(1) | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Important Information

(1) **Partial Payment:** Any partial payment that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:** The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding principal:** This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:** IF YOU ARE FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. Rushmore Loan Management Services is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at 888-504-7300 to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you



(Keep upper portion for your records)

Please mail so that your payment reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT |
|---|---|---|---|---|
| 7600015812 | 05/01/2014 | $72,916.99 | 05/16/2014 | $72,956.81 |

| Amount Due(6) | |
|---|---|
| Due By 05/01/2014: | $72,916.99 |

$39.82 late fee will be charged after 05/16/2014

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656

Make checks payable to:

**Rushmore Loan Management Services LLC**
P.O. Box 514707
Los Angeles, CA 90051-4707


Δ π EXHIBIT 2
Deponent Sellers
Date 6-1-16 Rptr RW
WWW.DEPOBOOK.COM

0051280900050120147600015812000010354100000995598

**GET LOAN INFORMATION INSTANTLY**

Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone        (888) 504-6700
Fax (949)              453-9397

**HOME RETENTION ASSISTANCE**
Telephone        (888) 504-7300
Fax                   (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone        (888) 504-6700
Fax                   (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone        (866) 735-2998
Fax                   (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone        (877) 230-1446
Fax                   (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone        (888) 504-7200
Fax                   (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:        RUSHMORE
Code State.       CA

**WEB SERVICES**
www.rushmorelm.com
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR**
**ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION**
**REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                      $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

**Important Notice:** Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

City                                                          State                   Zip Code

Home Phone Number                                           Business Phone Number

Rushmore Loan Management Services LLC

**MORTGAGE STATEMENT**

PO Box 52708
Irvine, CA 92619

Visit our website at www.rushmorelm.com
Telephone (888) 504-6700

Account Number: 7600015812

## Transaction Activity (10/01/2013 to 04/10/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 10/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 10/18 | PROP PRESERVATION | | | | | 30.00 | 30.00 |
| 10/18 | PROP PRESERVATION | | | | | 105.00 | 105.00 |
| 10/18 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 10/18 | PROP PRESERVATION | | | | | 75.00 | 75.00 |
| 10/18 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 10/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/01 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/06 | COUNTY TAX | | | -1,140.86 | | | -1,140.86 |
| 11/06 | ESCROW ADVANCE | | | 1,140.86 | | | 1,140.86 |
| 11/08 | PROP PRESERVATION | | | | | 35.00 | 35.00 |
| 11/15 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 12/13 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 12/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 01/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/31 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/07 | PROP PRESERVATION | | | | | 115.00 | 115.00 |
| 02/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/14 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 04/10/2014, you are 2170 days delinquent on your mortgage loan.

Recent Account History

| | | |
|--|--|--|
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |
| * | Payment due 10/01/13: | Unpaid balance of $995.59 |
| * | Payment due 09/01/13: | Unpaid balance of $995.59 |
| * | Payment due 08/01/13: | Unpaid balance of $995.59 |
| * | Payment due 07/01/13: | Unpaid balance of $995.59 |
| * | Payment due 06/01/13: | Unpaid balance of $995.59 |
| * | Payment due 05/01/13: | Unpaid balance of $995.59 |

* **Total: $72,916.99 due. You must pay this amount to bring your loan current.** IF YOU ARE IN FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

## Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**. For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287**. We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you.

**The following notice applies to California residents only:**

*The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

*Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*

*For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

*Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.*

**The following notice applies to Texas residents only:**

*Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.*

*"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."*

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

**Rushmore Loan Management Services**

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 08/11/2014

| | |
|---|---|
| Account Number | 7600015812 |
| Payment Due Date | 09/01/2014 |
| **Amount Due**(5) | **$77,058.63** |

If payment is received after 09/17/2014, a $39.82 late fee will be charged.

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

245

This communication is from a debt collector and any information received will be used for that purpose. This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

## Account Information

| | |
|---|---|
| Property Address | 6045 OAK LEAF RD KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $2,725.60 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(6)

| | |
|---|---|
| Principal | $188.68 |
| Interest | $545.52 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $398.20 |
| Overdue Payment | $75,664.84 |
| **Total Amount Due** | **$77,058.63** |
| Partial Payment (Unapplied)(1) | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $170.20 | $0.00 |

## Important Information

(1) **Partial Payment**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance**: The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal**: This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances**: Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due**: **IF YOU ARE IN FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**. For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. Rushmore Loan Management Services is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at 888-504-7300 to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you



(Keep upper portion for your records)

Please mail so that your payment reaches us by the due date.

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
8:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone    (888) 504-6700
Fax             (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone    (888) 504-7300
Fax             (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone    (888) 504-6700
Fax             (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone    (866) 735-2998
Fax             (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone    (877) 230-1446
Fax             (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone    (888) 504-7200
Fax             (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:    RUSHMORE
Code State:  CA

**WEB SERVICES**
www.rushmorelm.com
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR**
**ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78289-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION**
**REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *          $25.00

\* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

City                                                    State              Zip Code

Home Phone Number                          Business Phone Number

RUSHMORE
LOAN MANAGEMENT

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone (888) 504-6700**

Statement Date: 08/11/2014
Account Number: 7600015812

## Transaction Activity (02/01/2014 to 08/11/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 02/07 | PROP PRESERVATION | | | | | 115.00 | 115.00 |
| 02/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/14 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/11 | MISCELLANEOUS | | | | | 325.00 | 325.00 |
| 04/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 04/18 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 05/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 05/28 | HAZARD INS | | | -407.11 | | | -407.11 |
| 05/28 | ESCROW ADVANCE | | | 407.11 | | | 407.11 |
| 06/06 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 06/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 06/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/11 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 07/11 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 07/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/25 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 08/08 | PROP PRESERVATION | | | | | 60.00 | 60.00 |

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 08/11/2014, you are 2293 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |
| * | Payment due 10/01/13: | Unpaid balance of $995.59 |
| * | Payment due 09/01/13: | Unpaid balance of $995.59 |
| * | **Total: $77,058.63 due. You must pay this amount to bring your loan current.** | |

**IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

## Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD).** For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287.** We also encourage you to contact Rushmore Loan Management Services at 888-504-7300 to discuss assistance programs we may have available for you.

**The following notice applies to California residents only:**

   *The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

   *Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*

   *For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

   Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

   Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

   "COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

The following notice applies to New York residents only:

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729



PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

| | |
|---|---|
| Account Number | 7600015812 |
| Payment Due Date | 10/01/2014 |
| **Amount Due**(5) | **$78,094.04** |

If payment is received after 10/17/2014, a $39.82 late fee will be charged.

Statement Date: 09/12/2014

This communication is from a debt collector and any information received will be used for that purpose. This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

## Account Information

| | |
|---|---|
| Property Address | 6045 OAK LEAF RD KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.80 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $2,878.10 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $189.63 |
| Interest | $544.57 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $438.02 |
| Overdue Payment | $76,660.43 |
| **Total Amount Due** | **$78,094.04** |
| Partial Payment (Unapplied)(1) | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Important Information

(1) **Partial Payment**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance**: The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal**: This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances**: Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due**: IF YOU ARE IN FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. Rushmore Loan Management Services is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at 888-504-7300 to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT |
|---|---|---|---|---|
| 7600015812 | 10/01/2014 | $78,094.04 | 10/17/2014 | $78,133.86 |

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656

| Amount Due(5) | |
|---|---|
| Due By 10/01/2014: | $78,094.04 |
| $39.82 late fee will be charged after 10/17/2014 | |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

Make checks payable to:

Rushmore Loan Management Services LLC
P.O. Box 514707
Los Angeles, CA 90051-4707

0051280900100120147600015812000010354100000995598

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone   (888) 504-6700
Fax         (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone   (888) 504-7300
Fax         (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone   (888) 504-6700
Fax         (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone   (866) 735-2998
Fax         (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone   (877) 230-1446
Fax         (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone   (888) 504-7200
Fax         (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:   RUSHMORE
Code State:  CA

**WEB SERVICES**
www.rushmorelm.com
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *          $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

Housing Counselor Resources
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

RUSHMORE
LOAN MANAGEMENT SERVICES
PO Box 52708
Irvine, CA 92619

Visit our website at www.rushmorelm.com
Telephone (888) 504-6700

Statement Date: 09/11/2014
Account Number: 7600015812

## Transaction Activity (03/01/2014 to 09/11/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 03/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/11 | MISCELLANEOUS | | | | | 325.00 | 325.00 |
| 04/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 04/18 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 05/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 05/28 | HAZARD INS | | | -407.11 | | | -407.11 |
| 05/28 | ESCROW ADVANCE | | | 407.11 | | | 407.11 |
| 06/06 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 06/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 06/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/11 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 07/11 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 07/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/25 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 08/08 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 08/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 08/29 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 32.50 | 32.50 |

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 09/11/2014, you are 2324 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 09/01/14: | Unpaid balance of $995.59 |
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |
| * | Payment due 10/01/13: | Unpaid balance of $995.59 |

**Total: $78,094.04 due. You must pay this amount to bring your loan current.**
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

## Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD).** For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287.** We also encourage you to contact **Rushmore Loan Management Services at 888-504-7300** to discuss assistance programs we may have available for you.

**The following notice applies to California residents only:**

*The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

*Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*

*For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729



**RUSHMORE**

PO Box 52708
Irvine, CA 92619

Visit our website at www.rushmorelm.com
Telephone (888) 504-6700

Statement Date: 10/16/2014

| | |
|---|---|
| Account Number | 7600015812 |
| Payment Due Date | 11/01/2014 |
| **Amount Due**(6) | **$79,129.45** |
| If payment is received after 11/17/2014, a $39.82 late fee will be charged. | |

Randolph L Sellers
Tabetha L Sellers          262
5544 Coronado St
Keystone Heights, FL 32656-8317

 իկկվեվիկվիկվիկկկգիկկվիկկկկկկկկկգիկկ

This communication is from a debt collector and any information received will be used for that purpose. This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended solely for informational purposes.

### Account Information

| | |
|---|---|
| Property Address | 6045 OAK LEAF RD |
| | KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $5,130.60 |
| Prepayment Penalty | NO |

### Explanation of Amount Due(6)

| | |
|---|---|
| Principal | $190.57 |
| Interest | $543.63 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $477.84 |
| Overdue Payment | $77,656.02 |
| **Total Amount Due** | **$79,129.45** |
| Partial Payment (Unapplied)(1) | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Important Information

(1) **Partial Payment:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:** The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:** This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:** IF YOU ARE IN FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. Rushmore Loan Management Services is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at 888-504-7300 to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT |
|---|---|---|---|---|
| 7600015812 | 11/01/2014 | $79,129.45 | 11/17/2014 | $79,169.27 |

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656

| Amount Due(6) | |
|---|---|
| Due By 11/01/2014: | $79,129.45 |
| $39.82 late fee will be charged after 11/17/2014 | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Make checks payable to:

**Rushmore Loan Management Services LLC**
P.O. Box 514707
Los Angeles, CA 90051-4707

 իկվիկկվիկկկկգիկկգիկկվիկկկկկկկկվիկկ

0051280900110120147600015812000010354100000995596

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone      (888) 504-6700
Fax                 (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone      (888) 504-7300
Fax                 (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone      (888) 504-6700
Fax                 (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone      (866) 735-2998
Fax                 (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone      (877) 239-1446
Fax                 (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone      (888) 504-7200
Fax                 (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:      RUSHMORE
Code State:    CA

**WEB SERVICES**
www.rushmorelm.com
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR
ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION
REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                     $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

City                                                          State                    Zip Code

Home Phone Number                                    Business Phone Number

RUSHMORE LOAN MANAGEMENT SERVICES
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone (888) 504-6700**

Statement Date: 10/10/2014
Account Number: 7600015812

## Transaction Activity (04/01/2014 to 10/10/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|---|---|---|---|---|---|---|---|
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/11 | MISCELLANEOUS | | | | | 325.00 | 325.00 |
| 04/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 04/18 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 05/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 05/28 | HAZARD INS | | | -407.11 | | | -407.11 |
| 05/28 | ESCROW ADVANCE | | | 407.11 | | | 407.11 |
| 06/06 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 06/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 06/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/11 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 07/11 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 07/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/25 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 08/08 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 08/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 08/29 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 09/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 09/26 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 09/26 | PROP PRESERVATION | | | | | 200.00 | 200.00 |
| 09/26 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 740.00 | 740.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 10/10/2014, you are 2353 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 10/01/14: | Unpaid balance of $995.59 |
| * | Payment due 09/01/14: | Unpaid balance of $995.59 |
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |

\* **Total: $79,129.45 due. You must pay this amount to bring your loan current.**
**IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

## Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

Case 3:15-cv-01106-TJC-PDB Document 1-2 Filed 09/17/15 Page 20 of 23 PageID 42

PO Box 52708
Irvine, CA 92619

Statement Date: 10/13/2014

Account Number: 7600015812

**Visit our website at** www.rushmorelm.com
Telephone (888) 504-6700

| If You Are Experiencing Financial Difficulty |
| --- |

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**. For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**. We also encourage you to contact **Rushmore Loan Management Services at 888-504-7300** to discuss assistance programs we may have available for you.

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.

**The following notice applies to Massachusetts residents only:**

Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729



# Rushmore Loan Management Services

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

## MORTGAGE STATEMENT
Statement Date: 02/07/2014

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

174

| Account Number | 7600015812 |
|---|---|
| Payment Due Date | 03/01/2014 |
| **Amount Due(5)** | **$70,846.17** |

If payment is received after 03/16/2014, a $39.82 late file will be charged.

This communication is from a debt collector and any information received will be used for that purpose.  This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

## Account Information

| | |
|---|---|
| Property Address | 6045  OAK LEAF RD<br>KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $1,386.60 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $183.12 |
| Interest | $551.08 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $159.28 |
| Overdue Payment | $69,691.30 |
| **Total Amount Due** | **$70,846.17** |
| Partial Payment (Unapplied)(1) | $0.00 |

## Past Payments Breakdown

| | Paid<br>Last Month | Paid<br>Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Important Information

(1) **Partial Payment**: Any partial payment that you make are not applied to your mortgage, but instead are held in a separate suspense account.  If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:**  The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding principal:**  This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:  IF YOU ARE FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287.  Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices.  Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity.  We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment.  We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you.  We also encourage you to contact us to discuss any other issues you may be having with your mortgage.  We believe that open and timely communications is a key to our relationship with you.



EQUAL HOUSING LENDER

(Keep upper portion for your records)
Please mail so that your payment  reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT | Amount Due(5) |
|---|---|---|---|---|---|
| 7600015812 | 03/01/2014 | $70,846.17 | 03/16/2014 | $70,885.99 | |

**Due By 03/01/2014:** $70,846.17

**$39.82 late fee will be charged after 03/16/2014**

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL  32656

Make checks payable to:

**Rushmore Loan Management Services LLC**
**P.O. Box 514707**
**Los Angeles, CA 90051-4707**

00512809000301201476000158120000103541000000995593

---

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information.  **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our websiteat www.rushmorelm.com.

---

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone      (888) 504-6700
Fax (949)                     453-9397

**HOME RETENTION ASSISTANCE**
Telephone      (888) 504-7300
Fax             (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone      (888) 504-6700
Fax             (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone      (866) 735-2998
Fax             (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone      (877) 230-1446
Fax             (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone      (888) 504-7200
Fax             (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:     RUSHMORE
Code State:    CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *              $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

---

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

---

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

---

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

| City | State | Zip Code |
|------|-------|----------|

Home Phone Number                    Business Phone Number

**Rushmore-Sellers 000888**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 02/12/14

Account Number:  7600015812

## Transaction Activity (08/01/2013 to 02/12/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 08/06 | LOAN SET-UP | -121,008.90 | | | | | |
| 08/08 | CORP ADV ADJUSTMNT | | | | | | 192.60 |
| 09/20 | PROP PRESERVATION | | | | | 15.00 | 15.00 |
| 09/20 | PROP PRESERVATION | | | | | 100.00 | 100.00 |
| 09/20 | PROP PRESERVATION | | | | | 200.00 | 200.00 |
| 10/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 10/18 | PROP PRESERVATION | | | | | 30.00 | 30.00 |
| 10/18 | PROP PRESERVATION | | | | | 105.00 | 105.00 |
| 10/18 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 10/18 | PROP PRESERVATION | | | | | 75.00 | 75.00 |
| 10/18 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 10/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/01 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/06 | COUNTY TAX | | | -1,140.86 | | | -1,140.86 |
| 11/06 | ESCROW ADVANCE | | | 1,140.86 | | | 1,140.86 |
| 11/08 | PROP PRESERVATION | | | | | 35.00 | 35.00 |
| 11/15 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 12/13 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 12/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 01/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/31 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/07 | PROP PRESERVATION | | | | | 115.00 | 115.00 |
| 02/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |

## **Delinquency Notice**

**You are late on your mortgage payments.**  Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 02/12/2014, you are 2113 days delinquent on your mortgage loan.

Recent Account History

| | | |
|--|--|--|
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |
| * | Payment due 10/01/13: | Unpaid balance of $995.59 |
| * | Payment due 09/01/13: | Unpaid balance of $995.59 |
| * | Payment due 08/01/13: | Unpaid balance of $995.59 |
| * | Payment due 07/01/13: | Unpaid balance of $995.59 |
| * | Payment due 06/01/13: | Unpaid balance of $995.59 |
| * | Payment due 05/01/13: | Unpaid balance of $995.59 |
| * | Payment due 04/01/13: | Unpaid balance of $995.59 |
| * | Payment due 03/01/13: | Unpaid balance of $995.59 |

* **Total:  $70,846.17 due.  You must pay this amount to bring your loan current.**
**IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

## Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you.

**Rushmore-Sellers 000889**

Rushmore-Sellers 000890

**The following notice applies to California residents only:**

*The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

*Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*

*For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

**Rushmore-Sellers 000891**



**Rushmore Loan Management Services**

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

**MORTGAGE STATEMENT**
Statement Date: 01/20/2016

Hinesville, GA 31313-8308

| | |
|---|---|
| Account Number | 0658 |
| Payment Due Date | 02/01/2016 |
| **Amount Due(5)** | **$216.38** |

If payment is received after 02/16/2016, a $10.82 late fee will be charged.

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

## Account Information

| | |
|---|---|
| Property Address | HINESVILLE GA, 31313 |
| Outstanding Principal(3) | $19,364.05 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 11.500% |
| Recoverable Advances(4) | $0.00 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $30.81 |
| Interest | $185.57 |
| Escrow (for Taxes and Insurance) | $0.00 |
| **Regular Monthly Payment** | **$216.38** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $0.00 |
| **Total Amount Due** | **$216.38** |
| Partial Payment (Unapplied)(1) | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $30.52 | $30.52 |
| Interest | $185.86 | $185.86 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $216.38 | $216.38 |

## Important Information

(1) **Partial Payment**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:** The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:** This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due: IF YOU ARE IN FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD).** For a list of homeowner counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-589-4287. Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT | Amount Due(5) | |
|---|---|---|---|---|---|---|
| 0658 | 02/01/2016 | $216.38 | 02/16/2016 | $227.20 | Due By 02/01/2016: | $216.38 |

$10.82 late fee will be charged after 02/16/2016

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Hinesville, GA  31313

Make checks payable to:

**Rushmore Loan Management Services LLC**
**P.O. Box 514707**
**Los Angeles, CA 90051-4707**

005128090002012016      0658000002272000000216388

**Rushmore-Sellers 000997**

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone      (888) 504-6700
Fax                 (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone      (888) 504-7300
Fax                 (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone      (888) 504-6700
Fax                 (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone      (866) 735-2998
Fax                 (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone      (844) 323-3780

**COLLECTION DEPARTMENT**
Telephone      (888) 504-7200
Fax                 (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:      RUSHMORE
Code State:     CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 961233
Ft. Worth, TX 76161-0233

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                    $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

**ANNUAL PRIVACY NOTICE**
Rushmore Loan Management Services LLC provides our Annual Privacy Notice on-line, at our website:  www.rushmorelm. com.  A copy of the notice will be mailed to customers who request one by contacting our Customer Service Department at 888-504-6700, or by sending a written request to our Customer Service Department at P.O. Box 55004, Irvine, CA 92619-5004.  The information in the Notice has not changed from last year.

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address
_____

City                                         State                  Zip Code
_____

Home Phone Number                     Business Phone Number
_____

**Rushmore-Sellers 000998**



**Rushmore Loan Management Services**       **MORTGAGE STATEMENT**

PO Box 52708                                  Statement Date:  01/12/2016
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**                   Account Number: ████0658

| **Transaction Activity (12/12/2015 to 01/11/2016)** |
|---|

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|---|---|---|---|---|---|---|---|
| 01/06 | PAYMENT | 30.52 | 185.86 | | | | 216.38 |

| **If You Are Experiencing Financial Difficulty** |
|---|
| If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you. |

**Rushmore-Sellers 000999**

3

3

Rushmore-Sellers 001000

## STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112
Phone: 303-309-3839.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE REGULATION 419

Rushmore Loan Management Services LLC is registered with the Superintendent of Financial Services for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services LLC with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

NMLS Unique ID Number 185729
Exempt Mortgage Loan Servicer Registration B501009

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

**Rushmore-Sellers 001001**



**Rushmore Loan Management Services**

PO Box 11973
San Juan, PR 00922

**Visite nuestra página de internet a** www.rushmorelm.com
**Teléfono** (877)509 8388

**ESTADO DE CUENTA DE HIPOTECA**

| Número de Cuenta | ███0348 |
| --- | --- |
| Fecha de Pago | 02/01/2016 |
| **Cantidad de Pago(5)** | **$769.86** |

Si el pago es hecho luego de 02/16/2016, $18.86 un cargo por mora se aplicará.

Jacsonville, FL 32244

Rushmore Loan Management Services LLC es un cobrador de deudas que está tratando de cobrar una deuda. Cualquier información obtenida será utilizada para ese propósito. Sin embargo, si usted recibió una liberación de esta deuda bajo la Ley de Quiebras, esta carta se envía solo para propósitos informativos y no es un intento de cobro de deuda y no constituye una notificación de responsabilidad personal sobre la deuda.

## Información de Cuenta

| | |
| --- | --- |
| Dirección de Propiedad | TOA BAJA PR, 00949 |
| Principal Debido(3) | $32,109.63 |
| Outstanding Short Interest(6) | $0.00 |
| Balance Diferido(2) | $0.00 |
| Interés | 4.750% |
| Adelantos Recobrables(4) | $64.00 |
| Penalidad de Prepago | NO |

## Explicación de Cantidad Debida(5)

| | |
| --- | --- |
| Principal | $250.15 |
| Interés | $127.10 |
| Plica (para impuestos y seguro) | $63.34 |
| **Pago Mensual Regular** | **$440.59** |
| Total de Cargos | $329.27 |
| Pago en Atraso | $0.00 |
| **Pago Total Debido** | **$769.86** |
| Pago Parcial (No aplicado)(1) | $0.00 |

## Detalle de Pagos Anteriores

| | Pago Mes Anterior | Pago a la Fecha |
| --- | --- | --- |
| Principal | $249.16 | $249.16 |
| Interés | $128.09 | $128.09 |
| Plica (Impuestos y Seguros) | $63.34 | $63.34 |
| Cargos | $0.00 | $0.00 |
| Pago Parcial (No Aplicado)(1) | $0.00 | $0.00 |
| Adelantos Recobrables(4) | $0.00 | $0.00 |
| Total | $440.59 | $440.59 |

## Información Importante

(1) **Pago Parcial:** Cualquier pago parcial que haya no sera aplicado a su hipoteca, pues se retendrá en una cuenta en suspenso. Si usted paga el balance de un pago parcial, los fondos se aplicarán a su hipoteca.

(2) **Balance Diferido:** La suma del balance de principal que es diferido como parte de los términos de la modificación del préstamo.

(3) **Balance Debido:** Este es su balance del Préstamo solamente, no del balance de cancelación o pago total.

(4) **Adelantos Recobrables:** Desembolso por gastos de servicios (gastos que no son de plica) pagados con los fondos del proveedor de servicios en vez de los fondos de plica que son recobrados de usted, el deudor.

(5) **Cantidad Debida: SI USTED ESTA EN EJECUCION O QUIEBRAS,** la cantidad listada aquí puede que no sea la suma total necesaria para que su cuenta esté al día. Para obtener la suma debida al día, favor contactarnos al número listado en este estado de cuenta.

## Si usted está atravesando dificultades financieras

Si usted desea consejería o asistencia, puede contactar al Departamento de Vivienda y Desarrollo Urbano de los Estados Unidos (**U.S. Department of Housing and Urban Development (HUD)**). Para un listado de consejeros sobre viviendas u organizacionales en su área, vaya a http://hud.gov/offices/hsg/sfh/hcc/hcs.cfmo llame a **800-569-4287. Rushmore Loan Management Services** se dedica a proveer un servicio de excelencia de préstamos hipotecarios y servicio al cliente basado en los estándares éticos y prácticas de negocios honestas. Rushmore está enfocado en su clientela, y tratamos a todos nuestros clientes con respeto, cortesía e integridad. Entendemos la importancia de ser dueños de hogar y reconocemos que en ciertos momentos, cambios económicos pueden hacer difícil cumplir con los pagos hipotecarios. Le exhortamos a nuestros clientes a contactarnos al **888-504-7300** para discutir programas de asistencia que podamos tener disponible para usted.  Le extendemos una invitación a contactarnos para discutir cualquier otro problema relacionado con su préstamo hipotecario. Creemos que una comunicación abierta y a tiempo es la clave en nuestra relación con usted.


EQUAL HOUSING LENDER

(Mantenga la parte superior para su archivos)

Por favor envie por correo para que su pago nos llegue antes de la fecha de vencimiento

| Número de Préstamo | Fecha de Pago | Cantidad Debida | Si recibido luego esta fecha | Suma de Pago Tardío |
| --- | --- | --- | --- | --- |
| ███0348 | 02/01/2016 | $769.86 | 02/16/2016 | $788.72 |
| | | | **Fecha de pago actual** | **02/01/2016** |

Jacsonville, FL  32244

| **Cantidad Debida(5)** | |
| --- | --- |
| Debido Para 02/01/2016: | **$769.86** |
| $18.86 de cargo por mora luego del 02/16/2016 | |
| Principal Adicional | $ |
| Depósito Adicional | $ |
| Cargos | $ |
| **Cantidad Total Incluida** | **$** |

Favor hacer cheques pagaderos a:

**Rushmore Loan Management Services LLC**
**P.O. Box 11973**
**San Juan, PR 00922**

⑆8855⑈2222⑆ 001⑈ ███0348 ⑈

Rushmore-Sellers 001007

**OBTENGA INFORMACION DE PRESTAMO INSTANTANEAMENTE**

Llamar a nuestro conveniente y fácil Línea de Información Automatizada y reciba información al día. SOLO LLAME AL 1 888 504 6700 de cualquier teléfono de tonos. Para su seguridad, va a tener que entrar su número de préstamo y los últimos 4 dígitos de su seguro social cuando se le solicite. Visite nuestra página a www.rushmorelm.com.

**SERVICIO AL CLIENTE**
Lunes    Viernes
8:00am a 7:00pm AST
Teléfono (877)509 8388
Fax  (844) 437 1315

**ASISTENCIA DE RETENCION DE HOGAR**
Teléfono      (877)509 8389
Fax           (844)437 1316

**BALANCE DE CANCELACION/INFORMACION**
Teléfono      (888)509 8388
Fax           (844)437 1317

**POLIZA DE HAZARD/HOMEOWNERS**
Teléfono      (866)735 2998
Fax           (866)257 4121

**IMPUESTOS SOBRE PROPIEDAD INFORMACION Y ASISTENCIA DE INFORMACION**
Teléfono      (844) 323 3780

**DEPARTAMENTO DE RECAUDACION**
Teléfono      (877)509 8391
Fax           (844)437 1318

**WESTERN UNION QUICK COLLECT**
Código de Ciudad:  RUSHMORE
Código de Estado:  CA

**SERVICIOS POR INTERNET**
**www.rushmorelm.com**
Información general de préstamo
Pago por internet
Asistencia de retención de hogar
Preguntas más frecuentes
Formas

**DIRECCION DE PAGO OVERNIGHT**
Rushmore Loan Management Services
221 Ave Ponce de Leon, Suite 1600
San Juan, PR 00917 1802

**ENVIE FACTURA DE IMPUESTOS PARA PRESTAMOS CONFISCADOS**
Rushmore Loan Management Services
P.O. Box 961233
Ft. Worth, TX 76161 0233

**ENVIE FACTURAS DE SEGUROS Y POLIZAS A:**
Rushmore Loan Management Services
PO Box 2505
San Antonio, TX 78269 2409

**ENVIE CORRESPONDENCIA A:**
Rushmore Loan Management Services
Departamento de Servicio al Cliente
PO Box 11973
San Juan, PR 00922

**ENVIAR NOTIFICACIONES DE RESOLUCION DE ERROR Y SOLICITUD DE INFORMACION**
Rushmore Loan Management Services
Departamento de Cumplimiento
P.O. Box 52262
Irvine, CA 92619 2262

**CARGOS FIJOS O ESTANDARES**
Cargo por cheque devuelto*              $25.00

*excepto donde sea prohibido por ley estatal
Otros cargos están listados en www.rushmore.com

**AVISO DE PRIVACIDAD ANUAL**
Rushmore Loan Management Services LLC proporciona nuestro Aviso de Privacidad Anual en línea, en nuestra página web: www.rushmorelm.com. Una copia de la Notificación se enviará por correo a los clientes así lo soliciten poniéndose en contacto con nuestro Departamento de Servicio al Cliente al 877 509 8388, o enviando una solicitud por escrito a nuestro Departamento de Servicio al Cliente a la siguiente dirección: P.O. Box 11973, San Juan, PR 00922. La información en la Notificación no ha cambiado desde el año pasado.

Notificación Importante: Bajo el Fair Credit Reporting Act, usted tiene el derecho de notificarnos si usted entiende que se ha reportado información incorrecta sobre su cuenta a cualquier Agencia de Crédito. Dichas notificaciones deben ser enviadas por escrito e incluir su nombre completo, dirección actual, número de seguro social, número de cuenta, asunto especifico en disputa y la razón por la cual usted entiende que la información reportada es errada. Envíe su notificación a: PO Box 11973, San Juan, PR 00922.

**Recursos de Consejería sobre Dueños de Hogar**
El Departamento de Vivienda y Desarrollo Urbano de los Estados Unidos (U.S. Department of Housing and Urban Development (HUD)) auspicia agencias de consejería de dueños de hogares (homeownership) sin fines de lucro a través de todo el país. Llame al 800 569 4287 o visite www.hud.gov para el listado de agencias aprobadas en su área.

# SOLICITUD DE CAMBIO DE DIRECCION Y NUMERO DE TELEFONO

_____

Dirección Postal

_____

Ciudad                          Estado          Codigo Postal

_____

Teléfono del Hogar              Teléfono de Negocio

**Rushmore-Sellers 001008**



**Rushmore Loan Management Services**
PO Box 11973
San Juan, PR  00922

**Visite nuestra página de internet a**  www.rushmorelm.com
**Teléfono** (877)509 8388

**Estado de Cuenta**
Fecha del Estado 01/11/2016

Número de Cuenta ████0348

| Actividad de Transacciones (12/12/2015 to 01/11/2016) |||||||||
|---|---|---|---|---|---|---|---|
| Fecha | Descripción | Principal | Interés | Depósito | Cargo por Mora | Otros | Total |
| 12/30 | FLOOD INS | | | 515.00 | | | 515.00 |
| 01/04 | PAYMENT | 249.16 | 128.09 | 63.34 | | | 440.59 |

| Si usted está atravesando dificultades financieras |
|---|
| Si usted quisiera consejería o asistencia, puede contactar al Departamento de Vivienda y Desarrollo Urbano de los Estados Unidos **(U.S. Department of Housing and Urban Development (HUD))**.  Por el listado de consejeros sobre viviendas u organizacionales en su área, vaya a **http://hud.gov/offices/hsg/sfh/hcc/hcs.cfmo llame a 800-569-4287.**   Lo exhortamos a que contacte **Rushmore Loan Management Services** al 877-509-8389 para discutir los programas de asistencia que puedan estar disponibles para usted. |

2

**Rushmore-Sellers 001009**



**Rushmore Loan Management Services**
PO Box 11973
San Juan, PR 00922

**Visite nuestra página de internet a** www.rushmorelm.com
**Teléfono** (877)509 8388

**ESTADO DE CUENTA DE HIPOTECA**

| | |
|---|---|
| Número de Cuenta | ████3908 |
| Fecha de Pago | 02/01/2016 |
| **Cantidad de Pago(5)** | **$81,831.02** |

Si el pago es hecho luego de 02/16/2016, $100.62 un cargo por mora se aplicará.



Jacksonville, FL 32218

Rushmore Loan Management Services LLC es un cobrador de deudas que está tratando de cobrar una deuda. Cualquier información obtenida será utilizada para ese propósito.  Sin embargo, si usted está en quiebra o ha recibido una liberación de esta deuda bajo la Ley de Quiebras, esta carta se envía solo para propósitos informativos y no es un intento de cobro de deuda y no constituye una notificación de responsabilidad personal sobre la deuda.

## Información de Cuenta

Dirección de Propiedad    CAROLINA PR, 00979 0000

| | |
|---|---|
| Principal Debido(3) | $332,125.83 |
| Outstanding Short Interest(6) | $0.00 |
| Balance Diferido(2) | $39,608.16 |
| Interés | 6.250% |
| Adelantos Recobrables(4) | $1,155.00 |
| Penalidad de Prepago | SI |

## Explicación de Cantidad Debida(5)

| | |
|---|---|
| Principal | $333.62 |
| Interés | $1,678.70 |
| Plica (para impuestos y seguro) | $296.97 |
| **Pago Mensual Regular** | **$2,309.29** |
| Total de Cargos | $1,564.87 |
| Pago en Atraso | $77,956.86 |
| **Pago Total Debido** | **$81,831.02** |
| Pago Parcial (No aplicado)(1) | $0.00 |

## Detalle de Pagos Anteriores

| | Pago Mes Anterior | Pago a la Fecha |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interés | $0.00 | $0.00 |
| Plica (Impuestos y Seguros) | $0.00 | $0.00 |
| Cargos | $0.00 | $0.00 |
| Pago Parcial (No Aplicado)(1) | $0.00 | $0.00 |
| Adelantos Recobrables(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Información Importante

(1) **Pago Parcial:**  Cualquier pago parcial que haya no sera aplicado a su hipoteca, pues se retendrá en una cuenta en suspenso. Si usted paga el balance de un pago parcial, los fondos se aplicarán a su hipoteca.

(2) **Balance Diferido:**  La suma del balance de principal que es diferido como parte de los términos de la modificación del préstamo.

(3) **Balance Debido:**  Este es su balance del Préstamo solamente, no del balance de cancelación o pago total.

(4) **Adelantos Recobrables:**  Desembolso por gastos de servicios (gastos que no son de plica) pagados con los fondos del proveedor de servicios en vez de los fondos de plica que son recobrados de usted, el deudor.

(5) **Cantidad Debida:  SI USTED ESTA EN EJECUCION O QUIEBRAS,** la cantidad listada aquí puede que no sea la suma total necesaria para que su cuenta esté al día. Para obtener la suma debida al día, favor contactarnos al número listado en este estado de cuenta.

## Si usted está atravesando dificultades financieras

Si usted desea consejería o asistencia, puede contactar al Departamento de Vivienda y Desarrollo Urbano de los Estados Unidos (**U.S. Department of Housing and Urban Development (HUD)**). Para un listado de consejeros sobre viviendas u organizacionales en su área, vaya a http://hud.gov/offices/hsg/sfh/hcc/hcs.cfmo llame a **800-569-4287. Rushmore Loan Management Services** se dedica a proveer un servicio de excelencia de préstamos hipotecarios y servicio al cliente basado en los estándares éticos y prácticas de negocios honestas. Rushmore está enfocado en su clientela, y tratamos a todos nuestros clientes con respeto, cortesía e integridad. Entendemos la importancia de ser dueños de hogar y reconocemos que en ciertos momentos, cambios económicos pueden hacer difícil cumplir con los pagos hipotecarios. Le exhortamos a nuestros clientes a contactarnos al **888-504-7300** para discutir programas de asistencia que podamos tener disponible para usted.  Le extendemos una invitación a contactarnos para discutir cualquier otro problema relacionado con su préstamo hipotecario. Creemos que una comunicación abierta y a tiempo es la clave en nuestra relación con usted.



EQUAL HOUSING
LENDER

(Mantenga la parte superior para su archivos)
Por favor envíe por correo para que su pago nos llegue antes de la fecha de vencimiento

| Número de Préstamo | Fecha de Pago | Cantidad Debida | Si recibido luego esta fecha | Suma de Pago Tardío | Cantidad Debida(5) | |
|---|---|---|---|---|---|---|
| ████3908 | 02/01/2016 | $81,831.02 | 02/16/2016 | $81,931.64 | Debido Para 02/01/2016: | $81,831.02 |
| | | | **Fecha de pago actual** | **04/01/2013** | $100.62 de cargo por mora luego del 02/16/2016 | |

Jacksonville, FL  32218

| | |
|---|---|
| Principal Adicional | $ |
| Depósito Adicional | $ |
| Cargos | $ |
| **Cantidad Total Incluida** | **$** |

Favor hacer cheques pagaderos a:

**Rushmore Loan Management Services LLC**
**P.O. Box 11973**
**San Juan, PR 00922**

:█8855█2222:   001█   ████3908 ║

Rushmore-Sellers 001010

**OBTENGA INFORMACION DE PRESTAMO INSTANTANEAMENTE**

Llamar a nuestro conveniente y fácil Línea de Información Automatizada y reciba información al día. SOLO LLAME AL 1 888 504 6700 de cualquier teléfono de tonos. Para su seguridad, va a tener que entrar su número de préstamo y los últimos 4 dígitos de su seguro social cuando se le solicite. Visite nuestra página a www.rushmorelm.com.

**SERVICIO AL CLIENTE**
Lunes   Viernes
8:00am a 7:00pm AST
Teléfono (877)509 8388
Fax   (844) 437 1315

**ASISTENCIA DE RETENCION DE HOGAR**
Teléfono       (877)509 8389
Fax             (844)437 1316

**BALANCE DE CANCELACION/INFORMACION**
Teléfono       (888)509 8388
Fax             (844)437 1317

**POLIZA DE HAZARD/HOMEOWNERS**
Teléfono       (866)735 2998
Fax             (866)257 4121

**IMPUESTOS SOBRE PROPIEDAD INFORMACION Y ASISTENCIA DE INFORMACION**
Teléfono       (844) 323 3780

**DEPARTAMENTO DE RECAUDACION**
Teléfono       (877)509 8391
Fax             (844)437 1318

**WESTERN UNION QUICK COLLECT**
Código de Ciudad:  RUSHMORE
Código de Estado:  CA

**SERVICIOS POR INTERNET**
**www.rushmorelm.com**
Información general de préstamo
Pago por internet
Asistencia de retención de hogar
Preguntas más frecuentes
Formas

**DIRECCION DE PAGO OVERNIGHT**
Rushmore Loan Management Services
221 Ave Ponce de Leon, Suite 1600
San Juan, PR 00917 1802

**ENVIE FACTURA DE IMPUESTOS PARA PRESTAMOS CONFISCADOS**
Rushmore Loan Management Services
P.O. Box 961233
Ft. Worth, TX 76161 0233

**ENVIE FACTURAS DE SEGUROS Y POLIZAS A:**
Rushmore Loan Management Services
PO Box 2505
San Antonio, TX 78269 2409

**ENVIE CORRESPONDENCIA A:**
Rushmore Loan Management Services
Departamento de Servicio al Cliente
PO Box 11973
San Juan, PR 00922

**ENVIAR NOTIFICACIONES DE RESOLUCION DE ERROR Y SOLICITUD DE INFORMACION**
Rushmore Loan Management Services
Departamento de Cumplimiento
P.O. Box 52262
Irvine, CA 92619 2262

**CARGOS FIJOS O ESTANDARES**
Cargo por cheque devuelto*              $25.00

*excepto donde sea prohibido por ley estatal
Otros cargos están listados en www.rushmore.com

**AVISO DE PRIVACIDAD ANUAL**
Rushmore Loan Management Services LLC proporciona nuestro Aviso de Privacidad Anual en línea, en nuestra página web: www.rushmorelm.com. Una copia de la Notificación se enviará por correo a los clientes así lo soliciten poniéndose en contacto con nuestro Departamento de Servicio al Cliente al 877 509 8388, o enviando una solicitud por escrito a nuestro Departamento de Servicio al Cliente a la siguiente dirección: P.O. Box 11973, San Juan, PR 00922. La información en la Notificación no ha cambiado desde el año pasado.

Notificación Importante: Bajo el Fair Credit Reporting Act, usted tiene el derecho de notificarnos si usted entiende que se ha reportado información incorrecta sobre su cuenta a cualquier Agencia de Crédito. Dichas notificaciones deben ser enviadas por escrito e incluir su nombre completo, dirección actual, número de seguro social, número de cuenta, asunto especifico en disputa y la razón por la cual usted entiende que la información reportada es errada. Envíe su notificación a: PO Box 11973, San Juan, PR 00922.

**Recursos de Consejería sobre Dueños de Hogar**
El Departamento de Vivienda y Desarrollo Urbano de los Estados Unidos (U.S. Department of Housing and Urban Development (HUD)) auspicia agencias de consejería de dueños de hogares (homeownership) sin fines de lucro a través de todo el país. Llame al 800 569 4287 o visite www.hud.gov para el listado de agencias aprobadas en su área.

---

# SOLICITUD DE CAMBIO DE DIRECCION Y NUMERO DE TELEFONO

_____
Dirección Postal

_____
Ciudad                                    Estado              Codigo Postal

_____
Teléfono del Hogar                        Teléfono de Negocio

**Rushmore-Sellers 001011**



**Rushmore Loan Management Services**
PO Box 11973
San Juan, PR  00922

**Estado de Cuenta**
Estado de Cuenta de

**Visite nuestra página de internet a** www.rushmorelm.com
**Teléfono** (877)509 8388

Número de Cuenta ████3908

## Actividad de Transacciones (07/01/2015 to 01/11/2016)

| Fecha | Descripción | Principal | Interés | Depósito | Cargo por Mora | Otros | Total |
|-------|-------------|-----------|---------|----------|----------------|-------|-------|
| 07/16 | LATE CHARGE ASSESS | | | | 100.62 | | |
| 07/17 | PROP PRESERVATION | | | | | 20.00 | 20.00 |
| 07/30 | COUNTY TAX | | | 502.50 | | | 502.50 |
| 07/30 | ESCROW ADVANCE | | | 502.50 | | | 502.50 |
| 08/17 | LATE CHARGE ASSESS | | | | 100.62 | | |
| 09/30 | PROP PRESERVATION | | | | | 20.00 | 20.00 |
| 10/07 | ATTORNEY CORP ADV | | | | | 150.00 | 150.00 |
| 10/07 | MISCELLANEOUS | | | | | 45.00 | 45.00 |
| 11/03 | PROP PRESERVATION | | | | | 20.00 | 20.00 |
| 11/16 | LATE CHARGE ASSESS | | | | 100.62 | | |
| 12/07 | ATTORNEY CORP ADV | | | | | 450.00 | 450.00 |
| 12/07 | MISCELLANEOUS | | | | | 400.00 | 400.00 |
| 12/14 | PROP PRESERVATION | | | | | 20.00 | 20.00 |
| 12/16 | LATE CHARGE ASSESS | | | | 100.62 | | |

## **Notificación de Delincuencia**

**Usted está atrasado en sus pagos de hipoteca.** De no poner al día su préstamo, esto puede resultar en cargos y ejecución    la pérdida de su hogar.  Al 01/11/2016, usted está atrasado y delincuente 1015 días del pago de su hipoteca desde el día de  04/01/2013.

Historial Reciente de su Cuenta

| | | |
|---|---|---|
| * | Pago con vencimiento 01/01/16: | Balance sin pagar de $2,309.29 |
| * | Pago con vencimiento 12/01/15: | Balance sin pagar de $2,309.29 |
| * | Pago con vencimiento 11/01/15: | Balance sin pagar de $2,309.29 |
| * | Pago con vencimiento 10/01/15: | Balance sin pagar de $2,309.29 |
| * | Pago con vencimiento 09/01/15: | Balance sin pagar de $2,309.29 |
| * | Pago con vencimiento 08/01/15: | Balance sin pagar de $2,309.29 |
| * | Pago con vencimiento 07/01/15: | Balance sin pagar de $2,309.29 |
| * | Pago con vencimiento 06/01/15: | Balance sin pagar de $2,309.29 |
| * | Pago con vencimiento 05/01/15: | Balance sin pagar de $2,309.29 |
| * | Pago con vencimiento 04/01/15: | Balance sin pagar de $2,309.29 |
| * | Pago con vencimiento 03/01/15: | Balance sin pagar de $2,309.29 |
| * | Pago con vencimiento 02/01/15: | Balance sin pagar de $2,309.29 |

* **Total:  $81,831.02  debido. Usted debe pagar esta cantidad para poner su préstamo al día. SI USTED ESTA EN EJECUCION O ACOGIDO A QUIEBRAS,** esta suma puede que no sea la suma total para que se ponga su cuenta al día. Para obtener la suma más reciente y al día, favor contactarnos al número listado en este estado de cuenta.

## Su préstamo está en ejecución

La Fecha de la Primera Notificación de Radicación es el 11/10/2015.

## Si usted está atravesando dificultades financieras

Si usted quisiera consejería o asistencia, puede contactar al Departamento de Vivienda y Desarrollo Urbano de los Estados Unidos **(U.S. Department of Housing and Urban Development (HUD))**.  Por el listado de consejeros sobre viviendas u organizacionales en su área, vaya a **http://hud.gov/offices/hsg/sfh/hcc/hcs.cfmo llame a 800-569-4287.**  Lo exhortamos a que contacte **Rushmore Loan Management Services** al **877-509-8389** para discutir los programas de asistencia que puedan estar disponibles para usted.

1

**Rushmore-Sellers 001012**



**Rushmore Loan Management Services**

**MORTGAGE STATEMENT**
Statement Date: 01/08/2016

PO Box 814529
Dallas, TX 75381 4529

**Visit our website at** www.rushmorelm.com
**Telephone 888-616-5400**

| | |
|---|---|
| Account Number | ████6006 |
| Payment Due Date | 02/01/2016 |
| **Amount Due(5)** | **$1,789.27** |

If payment is received after 02/16/2016, a $72.50 late fee will be charged.

Clyo, GA 31303-2612

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt.  Any information obtained will be used for that purpose.  However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

### Account Information

| | |
|---|---|
| Property Address | CLYO GA, 31303 |
| Outstanding Principal(3) | $267,656.52 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 4.875% |
| Recoverable Advances(4) | $0.00 |
| Prepayment Penalty | NO |

### Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $362.60 |
| Interest | $1,087.35 |
| Escrow (for Taxes and Insurance) | $339.32 |
| **Regular Monthly Payment** | **$1,789.27** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $0.00 |
| **Total Amount Due** | **$1,789.27** |
| Partial Payment (Unapplied)(1) | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $460.72 | $460.72 |
| Interest | $1,089.23 | $1,089.23 |
| Escrow (Taxes and Insurance) | $339.32 | $339.32 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $1,889.27 | $1,889.27 |

### Important Information

(1) **Partial Payment**:  Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account.  If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:**  The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:**  This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing related expenses(non escrow expenses) paid with servicer funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:  IF YOU ARE IN FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up to date amount due information, please contact us at the number listed on this statement.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD).**  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-589-4287.  Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices.  Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity.  We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment.  We encourage our customers to contact us at **844-248-8169** to discuss assistance programs we may have available for you.  We also encourage you to contact us to discuss any other issues you may be having with your mortgage.  We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment  reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT |
|---|---|---|---|---|
| ████6006 | 02/01/2016 | $1,789.27 | 02/16/2016 | $1,861.77 |

Clyo, GA  31303

| Amount Due(5) | |
|---|---|
| Due By 02/01/2016: | $1,789.27 |
| $72.50 late fee will be charged after 02/16/2016 | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Make checks payable to:

**Rushmore Loan Management Services LLC**
**P.O. Box 514707**
**Los Angeles, CA 90051-4707**

0051280900020120016████6006000018617700001789278

Rushmore-Sellers 001013

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up to date loan information.  **JUST CALL 1-888-616-5400** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday   Thursday
6:00 a.m. to 7:00 p.m. PSTFriday
6:00 a.m. to 6:00 p.m. PST

Telephone      (888) 616 5400
Fax               (844) 897 5703

**HOME RETENTION ASSISTANCE**
Telephone      (844) 248 8169
Fax               (844) 897 5706

**PAYOFF STATEMENTS/INFORMATION**
Telephone      (888) 616 5400
Fax               (844) 897 5703

**HAZARD/HOMEOWNERS INSURANCE**
Telephone      (866) 735 2998
Fax               (866) 257 4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone      (844) 323 3780

**COLLECTION DEPARTMENT**
Telephone      (844) 248 8170
Fax               (844) 897 5704

**WESTERN UNION QUICK COLLECT**
Code City:      RUSHMORE
Code State:    CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 961233
Ft. Worth, TX 76161 0233

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269 2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 814529
Dallas, TX 75381 4529

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619 2262

**STANDARD FEES**
Returned Check Fee *                          $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

**ANNUAL PRIVACY NOTICE**
Rushmore Loan Management Services LLC provides our Annual Privacy Notice on line, at our website:  www.rushmorelm. com.  A copy of the notice will be mailed to customers who request one by contacting our Customer Service Department at 888 616 5400, or by sending a written request to our Customer Service Department at P.O. Box 55004, Irvine, CA 92619 5004.  The information in the Notice has not changed from last year.

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 814529, Dallas, TX 75381 4529

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non profit homeownership counseling agencies across the country. Call 800 569 4287 or visit www.hud.gov for a list of HUD approved agencies in your area.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

_____
Mailing Address

_____
City                                               State                   Zip Code

_____
Home Phone Number                              Business Phone Number

**Rushmore-Sellers 001014**



**Rushmore Loan Management Services**
PO Box 814529
Dallas, TX 75381 4529

**Visit our website at** www.rushmorelm.com
**Telephone 888-616-5400**

**MORTGAGE STATEMENT**
Statement Date: 01/12/2016

Account Number: ███████6006

| | Transaction Activity (12/12/2015 to 01/11/2016) | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
| 01/05 | PAYMENT | 360.72 | 1,089.23 | 339.32 | | | 1,789.27 |
| 01/05 | PRINCIPAL PAYMENT | 100.00 | | | | | 100.00 |

| If You Are Experiencing Financial Difficulty |
|---|
| If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you. |

**Rushmore-Sellers 001015**

Rushmore-Sellers 001016

## STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112
Phone: 303-309-3839.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE REGULATION 419

Rushmore Loan Management Services LLC is registered with the Superintendent of Financial Services for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services LLC with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

NMLS Unique ID Number 185729
Exempt Mortgage Loan Servicer Registration B501009

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

**MORTGAGE STATEMENT**
Statement Date: 01/16/2016

| | |
|---|---|
| Account Number | 9759 |
| Payment Due Date | 02/01/2016 |
| **Amount Due(5)** | **$2,566.33** |

If payment is received after 02/16/2016, a $15.39 late fee will be charged.

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

5

Hinesville, GA 31313-3523

### Account Information

| | |
|---|---|
| Property Address | HINESVILLE GA, 31313 3523 |
| Outstanding Principal(3) | $65,824.74 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 4.750% |
| Recoverable Advances(4) | $66.00 |
| Prepayment Penalty | NO |

### Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $48.09 |
| Interest | $259.80 |
| Escrow (for Taxes and Insurance) | $183.83 |
| **Regular Monthly Payment** | **$491.72** |
| Total Fees and Charges | $107.73 |
| Overdue Payment | $1,966.88 |
| **Total Amount Due** | **$2,566.33** |
| Partial Payment (Unapplied)(1) | $9.12 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $47.15 | $0.00 |
| Interest | $260.74 | $0.00 |
| Escrow (Taxes and Insurance) | $183.83 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $8.28 | $9.12 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $500.00 | $0.00 |

### Important Information

(1) **Partial Payment**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:** The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:** This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing related expenses(non escrow expenses) paid with servicer funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due: IF YOU ARE IN FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up to date amount due information, please contact us at the number listed on this statement.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD).** For a list of homeowner counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287. Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT |
|---|---|---|---|---|
| 9759 | 02/01/2016 | $2,566.33 | 02/16/2016 | $2,581.72 |

### Amount Due(5)

| | |
|---|---|
| Due By 02/01/2016: | $2,566.33 |
| $15.39 late fee will be charged after 02/16/2016 | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Hinesville, GA  31313

Make checks payable to:

**Rushmore Loan Management Services LLC**
**P.O. Box 514707**
**Los Angeles, CA 90051-4707**

0051280900020120169759000050711000000491720

Rushmore-Sellers 001002

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up to date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday   Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone    (888) 504 6700
Fax          (949) 453 9397

**HOME RETENTION ASSISTANCE**
Telephone    (888) 504 7300
Fax          (949) 341 2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone    (888) 504 6700
Fax          (949) 453 0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone    (866) 735 2998
Fax          (866) 257 4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone    (844) 323 3780

**COLLECTION DEPARTMENT**
Telephone    (888) 504 7200
Fax          (949) 453 8598

**WESTERN UNION QUICK COLLECT**
Code City:    RUSHMORE
Code State:   CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 961233
Ft. Worth, TX 76161 0233

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269 2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619 5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619 2262

**STANDARD FEES**
Returned Check Fee *              $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

**ANNUAL PRIVACY NOTICE**
Rushmore Loan Management Services LLC provides our Annual Privacy Notice on line, at our website:  www.rushmorelm. com.  A copy of the notice will be mailed to customers who request one by contacting our Customer Service Department at 888 504 6700, or by sending a written request to our Customer Service Department at P.O. Box 55004, Irvine, CA 92619 5004.  The information in the Notice has not changed from last year.

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619 5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non profit homeownership counseling agencies across the country. Call 800 569 4287 or visit www.hud.gov for a list of HUD approved agencies in your area.

---

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

_____
Mailing Address

_____
City                                    State              Zip Code

_____
Home Phone Number                       Business Phone Number

**Rushmore-Sellers 001003**



**Rushmore Loan Management Services**

**MORTGAGE STATEMENT**

Statement Date:

Account Number: ████9759

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

## Transaction Activity (07/01/2015 to 01/11/2016)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 07/16 | PAYMENT | 46.59 | 261.30 | 183.83 | | 0.28 | 492.00 |
| 07/16 | LATE CHARGE ASSESS | | | | 15.39 | | |
| 07/29 | HAZARD INS | | | 1,022.00 | | | 1,022.00 |
| 08/07 | PAYMENT | 46.78 | 261.11 | 183.83 | | 0.28 | 492.00 |
| 08/17 | LATE CHARGE ASSESS | | | | 15.39 | | |
| 09/16 | LATE CHARGE ASSESS | | | | 15.39 | | |
| 09/24 | PROP PRESERVATION | | | | | 15.00 | 15.00 |
| 09/24 | PROP PRESERVATION | | | | | 1.50 | 1.50 |
| 10/16 | LATE CHARGE ASSESS | | | | 15.39 | | |
| 10/20 | PAYMENT | 46.96 | 260.93 | 183.83 | | 0.28 | 492.00 |
| 11/06 | PROP PRESERVATION | | | | | 15.00 | 15.00 |
| 11/06 | PROP PRESERVATION | | | | | 1.50 | 1.50 |
| 11/16 | LATE CHARGE ASSESS | | | | 15.39 | | |
| 11/25 | PROP PRESERVATION | | | | | 15.00 | 15.00 |
| 11/25 | PROP PRESERVATION | | | | | 1.50 | 1.50 |
| 12/16 | LATE CHARGE ASSESS | | | | 15.39 | | |
| 12/18 | PAYMENT | 47.15 | 260.74 | 183.83 | | 8.28 | 500.00 |
| 12/21 | COUNTY TAX | | | 1,106.11 | | | 1,106.11 |
| 12/21 | ESCROW ADVANCE | | | 106.09 | | | 106.09 |
| 12/30 | PROP PRESERVATION | | | | | 1.50 | 1.50 |
| 12/30 | PROP PRESERVATION | | | | | 15.00 | 15.00 |

## **Delinquency Notice**

**You are late on your mortgage payments.**  Failure to bring your loan current may result in fees and foreclosure   the loss of your home.  As of 01/11/2016, you are 102 days delinquent on your mortgage loan, dating to 10/01/2015.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 01/01/16: | Unpaid balance of $491.72 |
| * | Payment due 12/01/15: | Unpaid balance of $491.72 |
| * | Payment due 11/01/15: | Unpaid balance of $491.72 |
| * | Payment due 10/01/15: | Unpaid balance of $491.72 |
| * | Payment due 09/15: | Fully paid on 12/17/15 |
| * | Payment due 08/15: | Fully paid on 10/20/15 |
| * | Payment due 07/15: | Fully paid on 08/07/15 |

* **Total:  $2,566.33 due.  You must pay this amount to bring your loan current.
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

## You Have Agreed to a loss Mitigation Program

You have agreed to the following Loss Mitigation Program:  Currently on Trial Plan.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at 888-504-7300 to discuss assistance programs we may have available for you.

**Rushmore-Sellers 001004**

5

5

**Rushmore-Sellers 001005**

## STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112
Phone: 303-309-3839.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE REGULATION 419

Rushmore Loan Management Services LLC is registered with the Superintendent of Financial Services for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services LLC with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

NMLS Unique ID Number 185729
Exempt Mortgage Loan Servicer Registration B501009

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

**Rushmore-Sellers 001006**



**Rushmore Loan Management Services**
PO Box 814529
Dallas, TX 75381 4529

**Visit our website at** www.rushmorelm.com
**Telephone 888-616-5400**

**MORTGAGE STATEMENT**
Statement Date: 01/22/2016

| Account Number | 1909 |
|---|---|
| Payment Due Date | 02/01/2016 |
| **Amount Due(5)** | **$3,750.56** |

If payment is received after 02/16/2016, a $72.72 late fee will be charged.



Rincon, GA 31326-4905

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

| Account Information | |
|---|---|
| Property Address | RINCON GA, 31326 |
| Outstanding Principal(3) | $256,687.25 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 5.125% |
| Recoverable Advances(4) | $0.00 |
| Prepayment Penalty | NO |

| Explanation of Amount Due(5) | |
|---|---|
| Principal | $359.58 |
| Interest | $1,094.74 |
| Escrow (for Taxes and Insurance) | $420.96 |
| **Regular Monthly Payment** | **$1,875.28** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $1,875.28 |
| **Total Amount Due** | **$3,750.56** |
| Partial Payment (Unapplied)(1) | $0.00 |

| Past Payments Breakdown | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $356.53 | $0.00 |
| Interest | $1,097.79 | $0.00 |
| Escrow (Taxes and Insurance) | $420.96 | $0.00 |
| Fees | $77.72 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $1,953.00 | $0.00 |

| Important Information |
|---|

(1) **Partial Payment**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:** The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:** This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing related expenses(non escrow expenses) paid with servicer funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due: IF YOU ARE IN FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up to date amount due information, please contact us at the number listed on this statement.

| If You Are Experiencing Financial Difficulty |
|---|

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD).** For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-589-4287. Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at **844-248-8169** to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you.


EQUAL HOUSING LENDER

(Keep upper portion for your records)
Please mail so that your payment reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT |
|---|---|---|---|---|
| 1909 | 02/01/2016 | $3,750.56 | 02/16/2016 | $3,823.28 |

| Amount Due(5) | |
|---|---|
| **Due By 02/01/2016:** | **$3,750.56** |
| $72.72 late fee will be charged after 02/16/2016 | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Rincon, GA 31326

Make checks payable to:

**Rushmore Loan Management Services LLC**
**P.O. Box 514707**
**Los Angeles, CA 90051-4707**

005128090002012016   19090000019480000187528 1

**Rushmore-Sellers 001018**

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up to date loan information. **JUST CALL 1-888-616-5400** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday    Thursday
6:00 a.m. to 7:00 p.m. PSTFriday
6:00 a.m. to 6:00 p.m. PST

Telephone    (888) 616 5400
Fax          (844) 897 5703

**HOME RETENTION ASSISTANCE**
Telephone    (844) 248 8169
Fax          (844) 897 5706

**PAYOFF STATEMENTS/INFORMATION**
Telephone    (888) 616 5400
Fax          (844) 897 5703

**HAZARD/HOMEOWNERS INSURANCE**
Telephone    (866) 735 2998
Fax          (866) 257 4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone    (844) 323 3780

**COLLECTION DEPARTMENT**
Telephone    (844) 248 8170
Fax          (844) 897 5704

**WESTERN UNION QUICK COLLECT**
Code City:    RUSHMORE
Code State:   CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 961233
Ft. Worth, TX 76161 0233

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269 2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 814529
Dallas, TX 75381 4529

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619 2262

**STANDARD FEES**
Returned Check Fee *            $25.00

\* Except where restricted by state law
Other Fees are listed on www.rushmore.com

**ANNUAL PRIVACY NOTICE**
Rushmore Loan Management Services LLC provides our Annual Privacy Notice on line, at our website:  www.rushmorelm. com.  A copy of the notice will be mailed to customers who request one by contacting our Customer Service Department at 888 616 5400, or by sending a written request to our Customer Service Department at P.O. Box 55004, Irvine, CA 92619 5004.  The information in the Notice has not changed from last year.

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 814529, Dallas, TX 75381 4529

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non profit homeownership counseling agencies across the country. Call 800 569 4287 or visit www.hud.gov for a list of HUD approved agencies in your area.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

_____
Mailing Address


_____
City                                        State              Zip Code


_____
Home Phone Number                           Business Phone Number

**Rushmore-Sellers 001019**



**Rushmore Loan Management Services**
PO Box 814529
Dallas, TX 75381 4529

**Visit our website at** www.rushmorelm.com
**Telephone 888-616-5400**

**MORTGAGE STATEMENT**
Statement Date: 01/12/16

Account Number: ███1909

## Transaction Activity (12/12/2015 to 01/11/2016)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 12/14 | FHA / PMI INS | | | 111.29 | | | 111.29 |
| 12/16 | LATE CHARGE ASSESS | | | | 72.72 | | |
| 12/31 | PAYMENT | 356.53 | 1,097.79 | 420.96 | 72.72 | | 1,948.00 |
| 12/31 | PAYMENT | | | | | 5.00 | 5.00 |

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you.

2

Rushmore-Sellers 001020

2

Rushmore-Sellers 001021

# STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112
Phone: 303-309-3839.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE REGULATION 419

Rushmore Loan Management Services LLC is registered with the Superintendent of Financial Services for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services LLC with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

NMLS Unique ID Number 185729
Exempt Mortgage Loan Servicer Registration B501009

# ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

**Rushmore-Sellers 001022**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

Visit our website at www.rushmorelm.com
Telephone (888) 504-6700

MORTGAGE STATEMENT

| Account Number | 7600015812 |
|---|---|
| Payment Due Date | 05/01/2014 |

**Amount Due**[5] **$72,916.99**
If payment is received after 05/16/2014, a $39.82 late fee will be charged

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

282

This communication is from a debt collector and any information received will be used for that purpose. This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

### Account Information

| Property Address | 6045 OAK LEAF RD KEYSTONE HEIGHTS FL, 32656 |
|---|---|
| Outstanding Principal[3] | $121,008.90 |
| Deferred Balance[2] | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances[4] | $1,751.60 |
| Prepayment Penalty | NO |

### Explanation of Amount Due[5]

| Principal | $184.96 |
|---|---|
| Interest | $549.24 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $238.92 |
| Overdue Payment | $71,682.48 |
| **Total Amount Due** | **$72,916.99** |
| Partial Payment (Unapplied)[1] | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)[1] | $0.00 | $0.00 |
| Recoverable Advances[4] | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Important Information

(1) **Partial Payment**: Any partial payment that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance**: The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding principal**: This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances**: Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due**: IF YOU ARE FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. Rushmore Loan Management Services is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at 888-504-7300 to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you



(Keep upper portion for your records)

Please mail so that your payment reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT |
|---|---|---|---|---|
| 7600015812 | 05/01/2014 | $72,916.99 | 05/16/2014 | $72,956.81 |

**Amount Due**[5]

| Due By 05/01/2014: | $72,916.99 |
|---|---|
| $39.82 late fee will be charged after 05/16/2014 | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656

Make checks payable to:

**Rushmore Loan Management Services LLC**
P.O. Box 514707
Los Angeles, CA 90051-4707


Δ π EXHIBIT 2
Deponent Sellers
Date 6-1-16   Rptr LW
WWW.DEPOBOOK.COM

0051280900050120147600015812000010354100000995598

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone    (888) 504-6700
Fax (949)          453-9397

**HOME RETENTION ASSISTANCE**
Telephone    (888) 504-7300
Fax              (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone    (888) 504-6700
Fax              (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone    (866) 735-2998
Fax              (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone    (877) 230-1446
Fax              (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone    (888) 504-7200
Fax              (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:    RUSHMORE
Code State.   CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR
ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION
REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *              $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

City                                          State                Zip Code

Home Phone Number                        Business Phone Number



Rushmore Loan Management Services
PO Box 52708
Irvine, CA 92619

Visit our website at www.rushmorelm.com
Telephone (888) 504-6700

Account Number: 7600015812

## Transaction Activity (10/01/2013 to 04/10/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 10/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 10/18 | PROP PRESERVATION | | | | | 30.00 | 30.00 |
| 10/18 | PROP PRESERVATION | | | | | 105.00 | 105.00 |
| 10/18 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 10/18 | PROP PRESERVATION | | | | | 75.00 | 75.00 |
| 10/18 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 10/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/01 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/06 | COUNTY TAX | | | -1,140.86 | | | -1,140.86 |
| 11/06 | ESCROW ADVANCE | | | 1,140.86 | | | 1,140.86 |
| 11/08 | PROP PRESERVATION | | | | | 35.00 | 35.00 |
| 11/15 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 12/13 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 12/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 01/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/31 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/07 | PROP PRESERVATION | | | | | 115.00 | 115.00 |
| 02/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/14 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 04/10/2014, you are 2170 days delinquent on your mortgage loan.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |
| * | Payment due 10/01/13: | Unpaid balance of $995.59 |
| * | Payment due 09/01/13: | Unpaid balance of $995.59 |
| * | Payment due 08/01/13: | Unpaid balance of $995.59 |
| * | Payment due 07/01/13: | Unpaid balance of $995.59 |
| * | Payment due 06/01/13: | Unpaid balance of $995.59 |
| * | Payment due 05/01/13: | Unpaid balance of $995.59 |

* **Total: $72,916.99 due. You must pay this amount to bring your loan current.**
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

## Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**. For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287**. We also encourage you to contact **Rushmore Loan Management Services** at 888-504-7300 to discuss assistance programs we may have available for you.

**The following notice applies to California residents only:**

*The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

*Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*

*For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

**Rushmore Loan Management Services**

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
Telephone (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 08/11/2014

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

245

| | |
|---|---|
| Account Number | 7600015812 |
| Payment Due Date | 09/01/2014 |
| **Amount Due**(5) | **$77,058.63** |
| If payment is received after 09/17/2014, a $39.82 late fee will be charged. | |

This communication is from a debt collector and any information received will be used for that purpose. This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

## Account Information

| | |
|---|---|
| Property Address | 6045 OAK LEAF RD KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $2,725.60 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(6)

| | |
|---|---|
| Principal | $188.68 |
| Interest | $545.52 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $398.20 |
| Overdue Payment | $75,664.84 |
| **Total Amount Due** | **$77,058.63** |
| Partial Payment (Unapplied)(1) | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $170.20 | $0.00 |

## Important Information

(1) **Partial Payment**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance**: The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal**: This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances**: Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due**: IF YOU ARE IN FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**. For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. Rushmore Loan Management Services is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at 888-504-7300 to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you



(Keep upper portion for your records)

Please mail so that your payment reaches us by the due date

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
8:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone      (888) 504-6700
Fax                  (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone      (888) 504-7300
Fax                  (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone      (888) 504-6700
Fax                  (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone      (866) 735-2998
Fax                  (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone      (877) 230-1446
Fax                  (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone      (888) 504-7200
Fax                  (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:       RUSHMORE
Code State:     CA

**WEB SERVICES**
www.rushmorelm.com
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR**
**ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78289-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                    $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

City                                                    State                    Zip Code

Home Phone Number                              Business Phone Number

**RUSHMORE**
LOAN MANAGEMENT

PO Box 52708
Irvine, CA 92619

Visit our website at www.rushmorelm.com
Telephone (888) 504-6700

Statement Date: ...

Account Number: 7600015812

## Transaction Activity (02/01/2014 to 08/11/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 02/07 | PROP PRESERVATION | | | | | 115.00 | 115.00 |
| 02/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/14 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/11 | MISCELLANEOUS | | | | | 325.00 | 325.00 |
| 04/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 04/18 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 05/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 05/28 | HAZARD INS | | | -407.11 | | | -407.11 |
| 05/28 | ESCROW ADVANCE | | | 407.11 | | | 407.11 |
| 06/06 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 06/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 06/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/11 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 07/11 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 07/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/25 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 08/08 | PROP PRESERVATION | | | | | 60.00 | 60.00 |

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 08/11/2014, you are 2293 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |
| * | Payment due 10/01/13: | Unpaid balance of $995.59 |
| * | Payment due 09/01/13: | Unpaid balance of $995.59 |

* **Total: $77,058.63 due. You must pay this amount to bring your loan current.**
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

## Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD).** For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.** We also encourage you to contact Rushmore Loan Management Services at 888-504-7300 to discuss assistance programs we may have available for you.

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.

**The following notice applies to Massachusetts residents only:**

Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729



PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

Statement Date: 09/17/2014

| | |
|---|---|
| Account Number | 7600015812 |
| Payment Due Date | 10/01/2014 |
| **Amount Due**(5) | **$78,094.04** |

If payment is received after 10/17/2014, a $39.62 late fee will be charged.

This communication is from a debt collector and any information received will be used for that purpose. This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States, in such instances, it is intended soley for informational purposes.

### Account Information

| | | |
|---|---|---|
| Property Address | | 6045 OAK LEAF RD KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | | $121,008.90 |
| Deferred Balance(2) | | $0.00 |
| Interest Rate | | 6.000% |
| Recoverable Advances(4) | | $2,878.10 |
| Prepayment Penalty | | NO |

### Explanation of Amount Due(6)

| | |
|---|---|
| Principal | $189.63 |
| Interest | $544.57 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $438.02 |
| Overdue Payment | $76,660.43 |
| **Total Amount Due** | **$78,094.04** |
| Partial Payment (Unapplied)(1) | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Important Information

(1) **Partial Payment:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:** The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:** This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:** IF YOU ARE IN FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. Rushmore Loan Management Services is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at 888-504-7300 to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT |
|---|---|---|---|---|
| 7600015812 | 10/01/2014 | $78,094.04 | 10/17/2014 | $78,133.86 |

| Amount Due(6) | |
|---|---|
| Due By 10/01/2014: | $78,094.04 |
| $39.82 late fee will be charged after 10/17/2014 | |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL  32656

Make checks payable to:

Rushmore Loan Management Services LLC
P.O. Box 514707
Los Angeles, CA 90051-4707

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone    (888) 504-6700
Fax               (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone    (888) 504-7300
Fax               (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone    (888) 504-6700
Fax               (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone    (866) 735-2998
Fax               (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone    (877) 230-1446
Fax               (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone    (888) 504-7200
Fax               (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:    RUSHMORE
Code Slate:   CA

**WEB SERVICES**
www.rushmorelm.com
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *              $25.00

\* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

RUSHMORE
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

Statement Date: 09/11/2014

Account Number: 7600015812

## Transaction Activity (03/01/2014 to 09/11/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 03/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/11 | MISCELLANEOUS | | | | | 325.00 | 325.00 |
| 04/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 04/18 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 05/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 05/28 | HAZARD INS | | | -407.11 | | | -407.11 |
| 05/28 | ESCROW ADVANCE | | | 407.11 | | | 407.11 |
| 06/06 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 06/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 06/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/11 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 07/11 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 07/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/25 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 08/08 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 08/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 08/29 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 32.50 | 32.50 |

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 09/11/2014, you are 2324 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 09/01/14: | Unpaid balance of $995.59 |
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |
| * | Payment due 10/01/13: | Unpaid balance of $995.59 |

**Total: $78,094.04 due.  You must pay this amount to bring your loan current.**
**IF YOU ARE IN FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

## Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services at 888-504-7300** to discuss assistance programs we may have available for you.

**The following notice applies to California residents only:**

*The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

*Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*

*For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729



**RUSHMORE**

PO Box 52708
Irvine, CA 92619

Visit our website at www.rushmorelm.com
Telephone (888) 504-6700

Statement Date: 10/19/2014

| | |
|---|---|
| Account Number | 7600015812 |
| Payment Due Date | 11/01/2014 |
| **Amount Due**(6) | **$79,129.45** |

If payment is received after 11/17/2014, a $39.82 late fee will be charged.

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

262

This communication is from a debt collector and any information received will be used for that purpose. This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

### Account Information

| | |
|---|---|
| Property Address | 6045 OAK LEAF RD |
| | KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $5,130.60 |
| Prepayment Penalty | NO |

### Explanation of Amount Due(6)

| | |
|---|---|
| Principal | $190.57 |
| Interest | $543.63 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $477.84 |
| Overdue Payment | $77,656.02 |
| **Total Amount Due** | **$79,129.45** |
| Partial Payment (Unapplied)(1) | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Important Information

(1) **Partial Payment:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:** The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:** This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:** IF YOU ARE IN FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. Rushmore Loan Management Services is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at 888-504-7300 to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT |
|---|---|---|---|---|
| 7600015812 | 11/01/2014 | $79,129.45 | 11/17/2014 | $79,169.27 |

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656

| Amount Due(6) | |
|---|---|
| **Due By 11/01/2014:** | **$79,129.45** |
| $39.82 late fee will be charged after 11/17/2014 | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Make checks payable to:

Rushmore Loan Management Services LLC
P.O. Box 514707
Los Angeles, CA 90051-4707

0051280900110120147600015812000010354100000995596

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone    (888) 504-6700
Fax          (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone    (888) 504-7300
Fax          (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone    (888) 504-6700
Fax          (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone    (866) 735-2998
Fax          (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone    (877) 230-1446
Fax          (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone    (888) 504-7200
Fax          (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:    RUSHMORE
Code State:   CA

**WEB SERVICES**
www.rushmorelm.com
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *        $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

City                                State          Zip Code

Home Phone Number                   Business Phone Number

RUSHMORE LOAN MANAGEMENT SERVICES
PO Box 52708
Irvine, CA 92619

Visit our website at www.rushmorelm.com
Telephone (888) 504-6700

Statement Date: 10/10/2014
Account Number: 7600015812

### Transaction Activity (04/01/2014 to 10/10/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/11 | MISCELLANEOUS | | | | | 325.00 | 325.00 |
| 04/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 04/18 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 05/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 05/28 | HAZARD INS | | | -407.11 | | | -407.11 |
| 05/28 | ESCROW ADVANCE | | | 407.11 | | | 407.11 |
| 06/06 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 06/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 06/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/11 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 07/11 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 07/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/25 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 08/08 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 08/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 08/29 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 09/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 09/26 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 09/26 | PROP PRESERVATION | | | | | 200.00 | 200.00 |
| 09/26 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 740.00 | 740.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 10/10/2014, you are 2353 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|--|--|--|
| * | Payment due 10/01/14: | Unpaid balance of $995.59 |
| * | Payment due 09/01/14: | Unpaid balance of $995.59 |
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |

*   **Total: $79,129.45 due.  You must pay this amount to bring your loan current.**
    IF YOU ARE IN FORECLOSURE OR BANKRUPTCY, the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

### Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

Case 3:15-cv-01106-TJC-PDB Document 1-2 Filed 09/17/15 Page 20 of 23 PageID 42

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
Telephone (888) 504-6700

Statement Date: 10/10/2014

Account Number: 7600015812

| If You Are Experiencing Financial Difficulty |
| --- |

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**. For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**. We also encourage you to contact **Rushmore Loan Management Services at 888-504-7300** to discuss assistance programs we may have available for you.

**The following notice applies to California residents only:**

    *The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

    *Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*
    *For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

    Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

    Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.
    "COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

**MORTGAGE STATEMENT**
Statement Date: 04/21/2015

| Account Number | 7600015812 |
|---|---|
| Payment Due Date | 05/01/2015 |
| **Amount Due(5)** | **$85,341.91** |

If payment is received after 05/17/2015, a $39.82 late fee will be charged.

Randolph L Sellers
Tabetha L Sellers          293
5544 Coronado St
Keystone Heights, FL 32656-8317

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

## Account Information

| Property Address | 6045  OAK LEAF RD  KEYSTONE HEIGHTS FL, 32656 |
|---|---|
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $7,893.35 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $196.36 |
| Interest | $537.84 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $716.76 |
| Overdue Payment | $83,629.56 |
| **Total Amount Due** | **$85,341.91** |
| Partial Payment (Unapplied)(1) | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Important Information

(1) **Partial Payment**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:** The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:** This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due**:  **IF YOU ARE IN FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**. For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-589-4287. Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you.



This is an Informational Statement for borrowers in bankruptcy or borrowers whose debt has been discharged in bankruptcy.  It is not an attempt to collect a debt.  Please note that even if your debt has been discharged in bankruptcy and you are no longer personally liable on the debt, the lender may, in accordance with applicable law, pursue its rights to foreclose on the property securing the debt.  If you do not wish to receive informational statements in the future, please call Rushmore toll-free at (888) 504-6700.

**Rushmore-Sellers 000953**

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone    (888) 504-6700
Fax          (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone    (888) 504-7300
Fax          (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone    (888) 504-6700
Fax          (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone    (866) 735-2998
Fax          (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone    (877) 230-1446
Fax          (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone    (888) 504-7200
Fax          (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:   RUSHMORE
Code State:  CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *          $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

**ANNUAL PRIVACY NOTICE**
Rushmore Loan Management Services LLC provides our Annual Privacy Notice on-line, at our website:  www.rushmorelm. com.  A copy of the notice will be mailed to customers who request one by contacting our Customer Service Department at 888-504-6700, or by sending a written request to our Customer Service Department at P.O. Box 55004, Irvine, CA 92619-5004.  The information in the Notice has not changed from last year.

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

-------------------------------------------------------------------------------------------

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

_____
Mailing Address

_____
City                                State          Zip Code

_____
Home Phone Number                   Business Phone Number

**Rushmore-Sellers 000954**



**Rushmore Loan Management Services**

**MORTGAGE STATEMENT**
Statement Date: 04/10/2015

PO Box 52708
Irvine, CA 92619

Account Number:  7600015812

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

## Transaction Activity (10/01/2014 to 04/10/2015)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 740.00 | 740.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 10/17 | ATTORNEY CORP ADV | | | | | 850.00 | 850.00 |
| 10/17 | MISCELLANEOUS | | | | | 144.00 | 144.00 |
| 10/17 | MISCELLANEOUS | | | | | 75.00 | 75.00 |
| 10/17 | MISCELLANEOUS | | | | | 15.75 | 15.75 |
| 10/17 | MISCELLANEOUS | | | | | 70.00 | 70.00 |
| 10/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 10/24 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 11/17 | COUNTY TAX | | | -1,145.57 | | | -1,145.57 |
| 11/17 | ESCROW ADVANCE | | | 1,145.57 | | | 1,145.57 |
| 11/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 11/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/05 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 12/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 12/19 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/09 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 01/09 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/30 | PROP PRESERVATION | | | | | 70.00 | 70.00 |
| 01/30 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 01/30 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 02/27 | ATTORNEY CORP ADV | | | | | 277.50 | 277.50 |
| 02/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/27 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/20 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/03 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/09 | ATTORNEY CORP ADV | | | | | 277.50 | 277.50 |
| 04/09 | PROP PRESERVATION | | | | | 60.00 | 60.00 |

## **Delinquency Notice**

**You are late on your mortgage payments.**  Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 04/10/2015, you are 2535 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 04/01/15: | Unpaid balance of $995.59 |
| * | Payment due 03/01/15: | Unpaid balance of $995.59 |
| * | Payment due 02/01/15: | Unpaid balance of $995.59 |
| * | Payment due 01/01/15: | Unpaid balance of $995.59 |
| * | Payment due 12/01/14: | Unpaid balance of $995.59 |
| * | Payment due 11/01/14: | Unpaid balance of $995.59 |
| * | Payment due 10/01/14: | Unpaid balance of $995.59 |
| * | Payment due 09/01/14: | Unpaid balance of $995.59 |
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |

\*   **Total:  $85,341.91 due.  You must pay this amount to bring your loan current.
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

293

Rushmore-Sellers 000955



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

**MORTGAGE STATEMENT**
Statement Date:  04/29/2019

Account Number:  7600015812

| Your loan is in Foreclosure |
| --- |
| The Date of the First Notice of Filing is 09/23/2008. |

| If You Are Experiencing Financial Difficulty |
| --- |
| If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you. |

293

**Rushmore-Sellers 000956**

# STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112
Phone: 303-309-3839.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE REGULATION 419

Rushmore Loan Management Services LLC is registered with the Superintendent of Financial Services for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services LLC with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

NMLS Unique ID Number 185729
Exempt Mortgage Loan Servicer Registration B501009

# ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

**Rushmore-Sellers 000957**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

**MORTGAGE STATEMENT**
Statement Date: 03/20/2015

| Account Number | 7600015812 |
|---|---|
| Payment Due Date | 04/01/2015 |
| **Amount Due(5)** | **$84,306.50** |

If payment is received after 04/17/2015, a $39.82 late fee will be charged.

298

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

This communication is from a debt collector and any information received will be used for that purpose. This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

## Account Information

| | |
|---|---|
| Property Address | 6045  OAK LEAF RD KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $7,403.35 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $195.39 |
| Interest | $538.81 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $676.94 |
| Overdue Payment | $82,633.97 |
| **Total Amount Due** | **$84,306.50** |
| Partial Payment (Unapplied)(1) | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Important Information

(1) **Partial Payment**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account.  If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:**  The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:**  This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:  IF YOU ARE IN FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-589-4287.  Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices.  Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity.  We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment.  We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you.  We also encourage you to contact us to discuss any other issues you may be having with your mortgage.  We believe that open and timely communications is a key to our relationship with you.



This is an Informational Statement for borrowers in bankruptcy or borrowers whose debt has been discharged in bankruptcy.  It is not an attempt to collect a debt.  Please note that even if your debt has been discharged in bankruptcy and you are no longer personally liable on the debt, the lender may, in accordance with applicable law, pursue its rights to foreclose on the property securing the debt.  If you do not wish to receive informational statements in the future, please call Rushmore toll-free at (888) 504-6700.

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information.  **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone     (888) 504-6700
Fax              (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone     (888) 504-7300
Fax              (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone     (888) 504-6700
Fax              (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone     (866) 735-2998
Fax              (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone     (877) 230-1446
Fax              (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone     (888) 504-7200
Fax              (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:     RUSHMORE
Code State:    CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR
ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *              $25.00

\* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to:
P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

_____
Mailing Address

_____
City                                              State                    Zip Code

_____
Home Phone Number                                 Business Phone Number

**Rushmore-Sellers 000949**





**Rushmore Loan Management Services**

**MORTGAGE STATEMENT**

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

Statement Date:  03/12/2015

Account Number:  7600015812

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| | **Transaction Activity (09/01/2014 to 03/12/2015)** | | | | | | |
| 09/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 09/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 09/26 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 09/26 | PROP PRESERVATION | | | | | 200.00 | 200.00 |
| 09/26 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 740.00 | 740.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 10/17 | ATTORNEY CORP ADV | | | | | 850.00 | 850.00 |
| 10/17 | MISCELLANEOUS | | | | | 144.00 | 144.00 |
| 10/17 | MISCELLANEOUS | | | | | 75.00 | 75.00 |
| 10/17 | MISCELLANEOUS | | | | | 15.75 | 15.75 |
| 10/17 | MISCELLANEOUS | | | | | 70.00 | 70.00 |
| 10/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 10/24 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 11/17 | COUNTY TAX | | | -1,145.57 | | | -1,145.57 |
| 11/17 | ESCROW ADVANCE | | | 1,145.57 | | | 1,145.57 |
| 11/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 11/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/05 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 12/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 12/19 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/09 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 01/09 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/30 | PROP PRESERVATION | | | | | 70.00 | 70.00 |
| 01/30 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 01/30 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 02/27 | ATTORNEY CORP ADV | | | | | 277.50 | 277.50 |
| 02/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/27 | PROP PRESERVATION | | | | | 32.50 | 32.50 |

### **Delinquency Notice**

**You are late on your mortgage payments.**  Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 03/12/2015, you are 2506 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 03/01/15: | Unpaid balance of $995.59 |
| * | Payment due 02/01/15: | Unpaid balance of $995.59 |
| * | Payment due 01/01/15: | Unpaid balance of $995.59 |
| * | Payment due 12/01/14: | Unpaid balance of $995.59 |
| * | Payment due 11/01/14: | Unpaid balance of $995.59 |
| * | Payment due 10/01/14: | Unpaid balance of $995.59 |
| * | Payment due 09/01/14: | Unpaid balance of $995.59 |
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |

* **Total:  $84,306.50 due.  You must pay this amount to bring your loan current.**
**IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

**Rushmore-Sellers 000950**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

**MORTGAGE STATEMENT**
Statement Date: 07/12/2015

Account Number:  7600015812

| Your loan is in Foreclosure |
|---|
| The Date of the First Notice of Filing is 09/23/2008. |

| If You Are Experiencing Financial Difficulty |
|---|
| If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you. |

**Rushmore-Sellers 000951**

## STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112
Phone: 303-309-3839.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE REGULATION 419

Rushmore Loan Management Services LLC is registered with the Superintendent of Financial Services for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services LLC with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

**Rushmore-Sellers 000952**



## Rushmore Loan Management Services

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

## MORTGAGE STATEMENT
Statement Date: 05/07/2015

| Account Number | 7600015812 |
|---|---|
| Payment Due Date | 06/01/2015 |
| **Amount Due(5)** | **$86,377.32** |

If payment is received after 06/17/2015, a $39.82 late fee will be charged.

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

331

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

### Account Information

| | |
|---|---|
| Property Address | 6045 OAK LEAF RD |
| | KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $8,045.85 |
| Prepayment Penalty | NO |

### Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $197.35 |
| Interest | $536.85 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $756.58 |
| Overdue Payment | $84,625.15 |
| **Total Amount Due** | **$86,377.32** |
| Partial Payment (Unapplied)(1) | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Important Information

(1) **Partial Payment**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:** The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:** This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due**: **IF YOU ARE IN FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD).** For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-589-4287. Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you.



This is an Informational Statement for borrowers in bankruptcy or borrowers whose debt has been discharged in bankruptcy. It is not an attempt to collect a debt. Please note that even if your debt has been discharged in bankruptcy and you are no longer personally liable on the debt, the lender may, in accordance with applicable law, pursue its rights to foreclose on the property securing the debt. If you do not wish to receive informational statements in the future, please call Rushmore toll-free at (888) 504-6700.

**Rushmore-Sellers 000958**

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone     (888) 504-6700
Fax            (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone     (888) 504-7300
Fax            (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone     (888) 504-6700
Fax            (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone     (866) 735-2998
Fax            (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone     (877) 230-1446
Fax            (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone     (888) 504-7200
Fax            (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:    RUSHMORE
Code State:   CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *            $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

**ANNUAL PRIVACY NOTICE**
Rushmore Loan Management Services LLC provides our Annual Privacy Notice on-line, at our website: www.rushmorelm. com. A copy of the notice will be mailed to customers who request one by contacting our Customer Service Department at 888-504-6700, or by sending a written request to our Customer Service Department at P.O. Box 55004, Irvine, CA 92619-5004. The information in the Notice has not changed from last year.

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

City                              State            Zip Code

Home Phone Number                          Business Phone Number

**Rushmore-Sellers 000959**



**Rushmore Loan Management Services**

**MORTGAGE STATEMENT**
Statement Date: 05/11/2015

PO Box 52708
Irvine, CA 92619

Account Number: 7600015812

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

### Transaction Activity (11/01/2014 to 05/11/2015)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 11/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 11/17 | COUNTY TAX | | | -1,145.57 | | | -1,145.57 |
| 11/17 | ESCROW ADVANCE | | | 1,145.57 | | | 1,145.57 |
| 11/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 11/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/05 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 12/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 12/19 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/09 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 01/09 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/30 | PROP PRESERVATION | | | | | 70.00 | 70.00 |
| 01/30 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 01/30 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 02/27 | ATTORNEY CORP ADV | | | | | 277.50 | 277.50 |
| 02/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/27 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/20 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/03 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/09 | ATTORNEY CORP ADV | | | | | 277.50 | 277.50 |
| 04/09 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 04/23 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/28 | PROP PRESERVATION | | | | | 60.00 | 60.00 |

### **Delinquency Notice**

**You are late on your mortgage payments.**  Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 05/11/2015, you are 2566 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 05/01/15: | Unpaid balance of $995.59 |
| * | Payment due 04/01/15: | Unpaid balance of $995.59 |
| * | Payment due 03/01/15: | Unpaid balance of $995.59 |
| * | Payment due 02/01/15: | Unpaid balance of $995.59 |
| * | Payment due 01/01/15: | Unpaid balance of $995.59 |
| * | Payment due 12/01/14: | Unpaid balance of $995.59 |
| * | Payment due 11/01/14: | Unpaid balance of $995.59 |
| * | Payment due 10/01/14: | Unpaid balance of $995.59 |
| * | Payment due 09/01/14: | Unpaid balance of $995.59 |
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |

* **Total:  $86,377.32 due.  You must pay this amount to bring your loan current.**
**IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

### Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

Rushmore-Sellers 000960



**Rushmore Loan Management Services**

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

**MORTGAGE STATEMENT**

Statement Date:  11/08/20

Account Number:  7600015812

| If You Are Experiencing Financial Difficulty |
|---|
| If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you. |

**Rushmore-Sellers 000961**

## STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112
Phone: 303-309-3839.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE REGULATION 419

Rushmore Loan Management Services LLC is registered with the Superintendent of Financial Services for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services LLC with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

NMLS Unique ID Number 185729
Exempt Mortgage Loan Servicer Registration B501009

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

**Rushmore-Sellers 000962**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

**MORTGAGE STATEMENT**
Statement Date: 02/12/2015

| | |
|---|---|
| Account Number | 7600015812 |
| Payment Due Date | 03/01/2015 |
| **Amount Due(5)** | **$83,271.09** |

If payment is received after 03/17/2015, a $39.82 late fee will be charged.

Randolph L Sellers
Tabetha L Sellers          300
5544 Coronado St
Keystone Heights, FL 32656-8317

This communication is from a debt collector and any information received will be used for that purpose. This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

## Account Information

| | |
|---|---|
| Property Address | 6045 OAK LEAF RD KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $6,973.35 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $194.41 |
| Interest | $539.79 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $637.12 |
| Overdue Payment | $81,638.38 |
| **Total Amount Due** | **$83,271.09** |
| Partial Payment (Unapplied)(1) | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Important Information

(1) **Partial Payment**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:** The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:** This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due: IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**. For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-589-4287. Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you.



This is an Informational Statement for borrowers in bankruptcy or borrowers whose debt has been discharged in bankruptcy. It is not an attempt to collect a debt. Please note that even if your debt has been discharged in bankruptcy and you are no longer personally liable on the debt, the lender may, in accordance with applicable law, pursue its rights to foreclose on the property securing the debt. If you do not wish to receive informational statements in the future, please call Rushmore toll-free at (888) 504-6700.

**Rushmore-Sellers 000943**

**GET LOAN INFORMATION INSTANTLY**

Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone     (888) 504-6700
Fax               (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone     (888) 504-7300
Fax               (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone     (888) 504-6700
Fax               (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone     (866) 735-2998
Fax               (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone     (877) 230-1446
Fax               (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone     (888) 504-7200
Fax               (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:     RUSHMORE
Code State:   CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                    $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

_____
Mailing Address

_____
City                                              State                    Zip Code

_____
Home Phone Number                                 Business Phone Number

**Rushmore-Sellers 000944**



**Rushmore Loan Management Services**

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** 888-504-6700

**MORTGAGE STATEMENT**

Statement Date:  02/11/2015

Account Number:  7600015812

### Transaction Activity (08/01/2014 to 02/11/2015)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 08/08 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 08/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 08/29 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 09/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 09/26 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 09/26 | PROP PRESERVATION | | | | | 200.00 | 200.00 |
| 09/26 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 740.00 | 740.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 10/17 | ATTORNEY CORP ADV | | | | | 850.00 | 850.00 |
| 10/17 | MISCELLANEOUS | | | | | 144.00 | 144.00 |
| 10/17 | MISCELLANEOUS | | | | | 75.00 | 75.00 |
| 10/17 | MISCELLANEOUS | | | | | 15.75 | 15.75 |
| 10/17 | MISCELLANEOUS | | | | | 70.00 | 70.00 |
| 10/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 10/24 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 11/17 | COUNTY TAX | | | -1,145.57 | | | -1,145.57 |
| 11/17 | ESCROW ADVANCE | | | 1,145.57 | | | 1,145.57 |
| 11/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 11/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/05 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 12/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 12/19 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/09 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 01/09 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/30 | PROP PRESERVATION | | | | | 70.00 | 70.00 |
| 01/30 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 01/30 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |

### **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 02/11/2015, you are 2477 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 02/01/15: | Unpaid balance of $995.59 |
| * | Payment due 01/01/15: | Unpaid balance of $995.59 |
| * | Payment due 12/01/14: | Unpaid balance of $995.59 |
| * | Payment due 11/01/14: | Unpaid balance of $995.59 |
| * | Payment due 10/01/14: | Unpaid balance of $995.59 |
| * | Payment due 09/01/14: | Unpaid balance of $995.59 |
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |

* **Total: $83,271.09 due.  You must pay this amount to bring your loan current.
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

**Rushmore-Sellers 000945**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone 888-504-6700**

**MORTGAGE STATEMENT**
Statement Date:  02/02/2015
Account Number:  7600015812

| **Your loan is in Foreclosure** |
|---|
| The Date of the First Notice of Filing is 09/23/2008. |

| **If You Are Experiencing Financial Difficulty** |
|---|
| If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you. |

**Rushmore-Sellers 000946**

## STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112
Phone: 303-309-3839.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE REGULATION 419

Rushmore Loan Management Services LLC is registered with the Superintendent of Financial Services for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services LLC with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

**Rushmore-Sellers 000947**



## Rushmore Loan Management Services

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 01/20/2015

| Account Number | 7600015812 |
|---|---|
| Payment Due Date | 02/01/2015 |
| **Amount Due(5)** | **$82,235.68** |

If payment is received after 02/17/2015, a $39.82 late fee will be charged.

Randolph L Sellers
Tabetha L Sellers                    305
5544 Coronado St
Keystone Heights, FL 32656-8317

This communication is from a debt collector and any information received will be used for that purpose. This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

### Account Information

| | |
|---|---|
| Property Address | 6045  OAK LEAF RD |
| | KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $6,700.85 |
| Prepayment Penalty | NO |

### Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $193.45 |
| Interest | $540.75 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $597.30 |
| Overdue Payment | $80,642.79 |
| **Total Amount Due** | **$82,235.68** |
| Partial Payment (Unapplied)(1) | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Important Information

(1) **Partial Payment**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:** The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:** This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:  IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD).** For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287. Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you.



This is an Informational Statement for borrowers in bankruptcy or borrowers whose debt has been discharged in bankruptcy. It is not an attempt to collect a debt. Please note that even if your debt has been discharged in bankruptcy and you are no longer personally liable on the debt, the lender may, in accordance with applicable law, pursue its rights to foreclose on the property securing the debt. If you do not wish to receive informational statements in the future, please call Rushmore toll-free at (888) 504-6700.

**Rushmore-Sellers 000938**

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone     (888) 504-6700
Fax                (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone     (888) 504-7300
Fax                (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone     (888) 504-6700
Fax                (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone     (866) 735-2998
Fax                (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone     (877) 230-1446
Fax                (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone     (888) 504-7200
Fax                (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:     RUSHMORE
Code State:    CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR
ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION
REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                      $25.00

\* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

_____
Mailing Address

_____
City                                                    State                          Zip Code

_____
Home Phone Number                                   Business Phone Number

**Rushmore-Sellers 000939**



**Rushmore Loan Management Services**     **MORTGAGE STATEMENT**
Statement Date: 01/09/15

PO Box 52708
Irvine, CA 92619

Account Number:  7600015812

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

| Transaction Activity (07/01/2014 to 01/09/2015) |||||||||
|---|---|---|---|---|---|---|---|
| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
| 07/11 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 07/11 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 07/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/25 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 08/08 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 08/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 08/29 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 09/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 09/26 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 09/26 | PROP PRESERVATION | | | | | 200.00 | 200.00 |
| 09/26 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 740.00 | 740.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 10/17 | ATTORNEY CORP ADV | | | | | 850.00 | 850.00 |
| 10/17 | MISCELLANEOUS | | | | | 144.00 | 144.00 |
| 10/17 | MISCELLANEOUS | | | | | 75.00 | 75.00 |
| 10/17 | MISCELLANEOUS | | | | | 15.75 | 15.75 |
| 10/17 | MISCELLANEOUS | | | | | 70.00 | 70.00 |
| 10/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 10/24 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 11/17 | COUNTY TAX | | | -1,145.57 | | | -1,145.57 |
| 11/17 | ESCROW ADVANCE | | | 1,145.57 | | | 1,145.57 |
| 11/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 11/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/05 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 12/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 12/19 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 01/09 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 01/09 | PROP PRESERVATION | | | | | 60.00 | 60.00 |

| **\*\*Delinquency Notice\*\*** |
|---|
| **You are late on your mortgage payments.**  Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 01/09/2015, you are 2444 days delinquent on your mortgage loan, dating to 05/01/2008.<br><br>Recent Account History<br><br>    \*        Payment due 01/01/15:   Unpaid balance of $995.59<br>    \*        Payment due 12/01/14:   Unpaid balance of $995.59<br>    \*        Payment due 11/01/14:   Unpaid balance of $995.59<br>    \*        Payment due 10/01/14:   Unpaid balance of $995.59<br>    \*        Payment due 09/01/14:   Unpaid balance of $995.59<br>    \*        Payment due 08/01/14:   Unpaid balance of $995.59<br>    \*        Payment due 07/01/14:   Unpaid balance of $995.59<br>    \*        Payment due 06/01/14:   Unpaid balance of $995.59<br>    \*        Payment due 05/01/14:   Unpaid balance of $995.59<br>    \*        Payment due 04/01/14:   Unpaid balance of $995.59<br>    \*        Payment due 03/01/14:   Unpaid balance of $995.59<br>    \*        Payment due 02/01/14:   Unpaid balance of $995.59<br><br>    \*        **Total: $82,235.68 due.  You must pay this amount to bring your loan current.**<br>                **IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement. |

| Your loan is in Foreclosure |
|---|
| The Date of the First Notice of Filing is 09/23/2008. |

**Rushmore-Sellers 000940**



**Rushmore Loan Management Services**

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**

Statement Date:  11/02/2013

Account Number:  7600015812

| If You Are Experiencing Financial Difficulty |
| --- |

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you.

**Rushmore-Sellers 000941**

# STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112
Phone: 303-309-3839.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request tht telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE REGULATION 419

Rushmore Loan Management Services LLC is registered with the Superintendent of Financial Services for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services LLC with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

# ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

**Rushmore-Sellers 000942**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone (888) 504-6700**

**MORTGAGE STATEMENT**
Statement Date: 12/17/2014

| | |
|---|---|
| Account Number | 7600015812 |
| Payment Due Date | 01/01/2015 |
| **Amount Due(5)** | **$81,200.27** |

If payment is received after 01/17/2015, a $39.82 late fee will be charged.

Randolph L Sellers
Tabetha L Sellers          291
5544 Coronado St
Keystone Heights, FL 32656-8317

This communication is from a debt collector and any information received will be used for that purpose.  This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

## Account Information

| | |
|---|---|
| Property Address | 6045  OAK LEAF RD KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $6,569.35 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $192.49 |
| Interest | $541.71 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $557.48 |
| Overdue Payment | $79,647.20 |
| **Total Amount Due** | **$81,200.27** |
| Partial Payment (Unapplied)(1) | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Important Information

(1) **Partial Payment**:  Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account.  If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:**  The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:**  This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:  IF YOU ARE IN FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287.  Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices.  Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity.  We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment.  We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you.  We also encourage you to contact us to discuss any other issues you may be having with your mortgage.  We believe that open and timely communications is a key to our relationship with you.



This is an Informational Statement for borrowers in bankruptcy or borrowers whose debt has been discharged in bankruptcy.  It is not an attempt to collect a debt.  Please note that even if your debt has been discharged in bankruptcy and you are no longer personally liable on the debt, the lender may, in accordance with applicable law, pursue its rights to foreclose on the property securing the debt.  If you do not wish to receive informational statements in the future, please call Rushmore toll-free at (888) 504-6700.

Rushmore-Sellers 000933

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone     (888) 504-6700
Fax               (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone     (888) 504-7300
Fax               (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone     (888) 504-6700
Fax               (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone     (866) 735-2998
Fax               (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone     (877) 230-1446
Fax               (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone     (888) 504-7200
Fax               (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:     RUSHMORE
Code State:    CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR
ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION
REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                    $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

_____
Mailing Address

_____
City                                        State                  Zip Code

_____
Home Phone Number                          Business Phone Number

**Rushmore-Sellers 000934**



**Rushmore Loan Management Services**  **MORTGAGE STATEMENT**
Statement Date: 12/11/2014

PO Box 52708
Irvine, CA 92619

Account Number:  7600015812

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

---

### Transaction Activity (06/01/2014 to 12/11/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 06/06 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 06/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 06/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/11 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 07/11 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 07/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/25 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 08/08 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 08/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 08/29 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 09/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 09/26 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 09/26 | PROP PRESERVATION | | | | | 200.00 | 200.00 |
| 09/26 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 740.00 | 740.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 10/17 | ATTORNEY CORP ADV | | | | | 850.00 | 850.00 |
| 10/17 | MISCELLANEOUS | | | | | 144.00 | 144.00 |
| 10/17 | MISCELLANEOUS | | | | | 75.00 | 75.00 |
| 10/17 | MISCELLANEOUS | | | | | 15.75 | 15.75 |
| 10/17 | MISCELLANEOUS | | | | | 70.00 | 70.00 |
| 10/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 10/24 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 11/17 | COUNTY TAX | | | -1,145.57 | | | -1,145.57 |
| 11/17 | ESCROW ADVANCE | | | 1,145.57 | | | 1,145.57 |
| 11/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 11/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/05 | PROP PRESERVATION | | | | | 11.50 | 11.50 |

---

### **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 12/11/2014, you are 2415 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 12/01/14: | Unpaid balance of $995.59 |
| * | Payment due 11/01/14: | Unpaid balance of $995.59 |
| * | Payment due 10/01/14: | Unpaid balance of $995.59 |
| * | Payment due 09/01/14: | Unpaid balance of $995.59 |
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |

* **Total: $81,200.27 due.  You must pay this amount to bring your loan current.
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

**Rushmore-Sellers 000935**



**Rushmore Loan Management Services**

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**

Statement Date: 07/18/2013

Account Number:  7600015812

| Your loan is in Foreclosure |
|---|
| The Date of the First Notice of Filing is 09/23/2008. |

| If You Are Experiencing Financial Difficulty |
|---|
| If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you. |

**Rushmore-Sellers 000936**

## STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112
Phone: 303-309-3839.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request tht telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE REGULATION 419

Rushmore Loan Management Services LLC is registered with the Superintendent of Financial Services for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services LLC with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

**Rushmore-Sellers 000937**



**Rushmore Loan Management Services**

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 11/15/2014

| Account Number | 7600015812 |
|---|---|
| Payment Due Date | 12/01/2014 |
| **Amount Due(5)** | **$80,164.86** |

If payment is received after 12/17/2014, a $39.82 late fee will be charged.

Randolph L Sellers        270
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

This communication is from a debt collector and any information received will be used for that purpose.  This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

### Account Information

| Property Address | 6045  OAK LEAF RD |
|---|---|
|  | KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $6,437.85 |
| Prepayment Penalty | NO |

### Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $191.53 |
| Interest | $542.67 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $517.66 |
| Overdue Payment | $78,651.61 |
| **Total Amount Due** | **$80,164.86** |
| Partial Payment (Unapplied)(1) | $0.00 |

| Past Payments Breakdown | | |
|---|---|---|
| | Paid Last Month | Paid Year-to-Date |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Important Information

(1) **Partial Payment**:  Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account.  If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:**  The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:**  This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:  IF YOU ARE IN FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287.  Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices.  Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity.  We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment.  We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you.  We also encourage you to contact us to discuss any other issues you may be having with your mortgage.  We believe that open and timely communications is a key to our relationship with you.



This is an Informational Statement for borrowers in bankruptcy or borrowers whose debt has been discharged in bankruptcy.  It is not an attempt to collect a debt.  Please note that even if your debt has been discharged in bankruptcy and you are no longer personally liable on the debt, the lender may, in accordance with applicable law, pursue its rights to foreclose on the property securing the debt.  If you do not wish to receive informational statements in the future, please call Rushmore toll-free at (888) 504-6700.

**Rushmore-Sellers 000927**

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information.  **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone     (888) 504-6700
Fax              (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone     (888) 504-7300
Fax              (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone     (888) 504-6700
Fax              (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone     (866) 735-2998
Fax              (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone     (877) 230-1446
Fax              (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone     (888) 504-7200
Fax              (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:     RUSHMORE
Code State:    CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR
ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION
REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                    $25.00

\* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to:
P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country.
Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

City                                          State                    Zip Code

Home Phone Number                                Business Phone Number

**Rushmore-Sellers 000928**



**Rushmore Loan Management Services**

**MORTGAGE STATEMENT**

Statement Date: 11/11/14

PO Box 52708
Irvine, CA 92619

Account Number: 7600015812

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

### Transaction Activity (05/01/2014 to 11/11/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|---|---|---|---|---|---|---|---|
| 05/02 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 05/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 05/28 | HAZARD INS | | | -407.11 | | | -407.11 |
| 05/28 | ESCROW ADVANCE | | | 407.11 | | | 407.11 |
| 06/06 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 06/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 06/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/11 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 07/11 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 07/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/25 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 08/08 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 08/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 08/29 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 09/05 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 09/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 09/26 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 09/26 | PROP PRESERVATION | | | | | 200.00 | 200.00 |
| 09/26 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 740.00 | 740.00 |
| 10/03 | ATTORNEY CORP ADV | | | | | 555.00 | 555.00 |
| 10/03 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 10/17 | ATTORNEY CORP ADV | | | | | 850.00 | 850.00 |
| 10/17 | MISCELLANEOUS | | | | | 144.00 | 144.00 |
| 10/17 | MISCELLANEOUS | | | | | 75.00 | 75.00 |
| 10/17 | MISCELLANEOUS | | | | | 15.75 | 15.75 |
| 10/17 | MISCELLANEOUS | | | | | 70.00 | 70.00 |
| 10/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 10/24 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |

### **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 11/11/2014, you are 2385 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 11/01/14: | Unpaid balance of $995.59 |
| * | Payment due 10/01/14: | Unpaid balance of $995.59 |
| * | Payment due 09/01/14: | Unpaid balance of $995.59 |
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |

* **Total: $80,164.86 due.  You must pay this amount to bring your loan current.
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

**Rushmore-Sellers 000929**



**Rushmore Loan Management Services**

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date:  07/08/16

Account Number:  7600015812

| Your loan is in Foreclosure |
|---|
| The Date of the First Notice of Filing is 09/23/2008. |

| If You Are Experiencing Financial Difficulty |
|---|
| If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you. |

**Rushmore-Sellers 000930**

# STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112
Phone: 303-309-3839.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request tht telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE REGULATION 419

Rushmore Loan Management Services LLC is registered with the Superintendent of Financial Services for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services LLC with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

# ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

**Rushmore-Sellers 000931**

Rushmore-Sellers 000932



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 08/22/2014

| | |
|---|---|
| Account Number | 7600015812 |
| Payment Due Date | 09/01/2014 |
| **Amount Due(5)** | **$77,058.63** |

If payment is received after 09/17/2014, a $39.82 late fee will be charged.

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

245

This communication is from a debt collector and any information received will be used for that purpose.  This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

## Account Information

| | |
|---|---|
| Property Address | 6045  OAK LEAF RD<br>KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $2,725.60 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $188.68 |
| Interest | $545.52 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $398.20 |
| Overdue Payment | $75,664.84 |
| **Total Amount Due** | **$77,058.63** |
| Partial Payment (Unapplied)(1) | $0.00 |

## Past Payments Breakdown

| | Paid<br>Last Month | Paid<br>Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $170.20 | $0.00 |

## Important Information

(1) **Partial Payment**:  Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account.  If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:**  The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal:**  This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:  IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD).**  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287.  Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices.  Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity.  We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment.  We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you.  We also encourage you to contact us to discuss any other issues you may be having with your mortgage.  We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment  reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT | Amount Due(5) | |
|---|---|---|---|---|---|---|
| 7600015812 | 09/01/2014 | $77,058.63 | 09/17/2014 | $77,098.45 | **Due By 09/01/2014:** | **$77,058.63** |

**$39.82 late fee will be charged after 09/17/2014**

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL  32656

Make checks payable to:

**Rushmore Loan Management Services LLC**
**P.O. Box 514707**
**Los Angeles, CA 90051-4707**

005128090009012014760001581200001035410000099 5590

**Rushmore-Sellers 000914**

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone     (888) 504-6700
Fax               (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone     (888) 504-7300
Fax               (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone     (888) 504-6700
Fax               (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone     (866) 735-2998
Fax               (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone     (877) 230-1446
Fax               (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone     (888) 504-7200
Fax               (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:     RUSHMORE
Code State:    CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR
ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION
REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                    $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

--------------------------------------------------------------------------------

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

_____
Mailing Address


_____
City                                            State                     Zip Code


_____
Home Phone Number                               Business Phone Number

**Rushmore-Sellers 000915**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 08/11/2014

Account Number: 7600015812

### Transaction Activity (02/01/2014 to 08/11/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 02/07 | PROP PRESERVATION | | | | | 115.00 | 115.00 |
| 02/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/14 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/11 | MISCELLANEOUS | | | | | 325.00 | 325.00 |
| 04/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 04/18 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 05/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 05/28 | HAZARD INS | | | -407.11 | | | -407.11 |
| 05/28 | ESCROW ADVANCE | | | 407.11 | | | 407.11 |
| 06/06 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 06/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 06/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/11 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 07/11 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 07/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/25 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 08/08 | PROP PRESERVATION | | | | | 60.00 | 60.00 |

### **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 08/11/2014, you are 2293 days delinquent on your mortgage loan, dating to 05/01/2008.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 08/01/14: | Unpaid balance of $995.59 |
| * | Payment due 07/01/14: | Unpaid balance of $995.59 |
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |
| * | Payment due 10/01/13: | Unpaid balance of $995.59 |
| * | Payment due 09/01/13: | Unpaid balance of $995.59 |

*   **Total:  $77,058.63 due.  You must pay this amount to bring your loan current.
    IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

### Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at 888-504-7300 to discuss assistance programs we may have available for you.

**Rushmore-Sellers 000916**

**The following notice applies to California residents only:**

*The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

*Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*

*For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

**Rushmore-Sellers 000917**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 07/08/2014

| | |
|---|---|
| Account Number | 7600015812 |
| Payment Due Date | 08/01/2014 |
| **Amount Due(5)** | **$76,023.22** |

If payment is received after 08/01/2014, a $39.82 late fee will be charged.

Randolph L Sellers                    260
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

This communication is from a debt collector and any information received will be used for that purpose.  This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

### Account Information

| | |
|---|---|
| Property Address | 6045  OAK LEAF RD |
| | KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $2,573.10 |
| Prepayment Penalty | NO |

### Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $187.74 |
| Interest | $546.46 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $358.38 |
| Overdue Payment | $74,669.25 |
| **Total Amount Due** | **$76,023.22** |
| Partial Payment (Unapplied)(1) | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Important Information

(1) **Partial Payment**:  Any partial payment that you make are not applied to your mortgage, but instead are held in a separate suspense account.  If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance**:  The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding Principal**:  This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:  IF YOU ARE FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD).**  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287.  Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices.  Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity.  We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment.  We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you.  We also encourage you to contact us to discuss any other issues you may be having with your mortgage.  We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment  reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT | Amount Due(5) | |
|---|---|---|---|---|---|---|
| 7600015812 | 08/01/2014 | $76,023.22 | 08/17/2014 | $76,063.04 | **Due By 08/01/2014:** | **$76,023.22** |

**$39.82 late fee will be charged after 08/17/2014**

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL  32656

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

Make checks payable to:

**Rushmore Loan Management Services LLC**
**P.O. Box 514707**
**Los Angeles, CA 90051-4707**

0051280900080120147600015812000010354100000995592

**Rushmore-Sellers 000910**

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone    (888) 504-6700
Fax          (949) 453-9397

**HOME RETENTION ASSISTANCE**
Telephone    (888) 504-7300
Fax          (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone    (888) 504-6700
Fax          (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone    (866) 735-2998
Fax          (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone    (877) 230-1446
Fax          (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone    (888) 504-7200
Fax          (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:    RUSHMORE
Code State:   CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

City                                State            Zip Code

Home Phone Number                   Business Phone Number

**Rushmore-Sellers 000911**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 07/11/2014

Account Number: 7600015812



| | **Transaction Activity (01/01/2014 to 07/11/2014)** | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
| 01/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 01/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/31 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/07 | PROP PRESERVATION | | | | | 115.00 | 115.00 |
| 02/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/14 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/11 | MISCELLANEOUS | | | | | 325.00 | 325.00 |
| 04/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 04/18 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 05/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 05/28 | HAZARD INS | | | -407.11 | | | -407.11 |
| 05/28 | ESCROW ADVANCE | | | 407.11 | | | 407.11 |
| 06/06 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 06/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 06/27 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 07/11 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 07/11 | PROP PRESERVATION | | | | | 60.00 | 60.00 |

| **\*\*Delinquency Notice\*\*** |
|---|

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 07/11/2014, you are 2262 days delinquent on your mortgage loan.

Recent Account History

| | | |
|---|---|---|
| \* | Payment due 07/01/14: | Unpaid balance of $995.59 |
| \* | Payment due 06/01/14: | Unpaid balance of $995.59 |
| \* | Payment due 05/01/14: | Unpaid balance of $995.59 |
| \* | Payment due 04/01/14: | Unpaid balance of $995.59 |
| \* | Payment due 03/01/14: | Unpaid balance of $995.59 |
| \* | Payment due 02/01/14: | Unpaid balance of $995.59 |
| \* | Payment due 01/01/14: | Unpaid balance of $995.59 |
| \* | Payment due 12/01/13: | Unpaid balance of $995.59 |
| \* | Payment due 11/01/13: | Unpaid balance of $995.59 |
| \* | Payment due 10/01/13: | Unpaid balance of $995.59 |
| \* | Payment due 09/01/13: | Unpaid balance of $995.59 |
| \* | Payment due 08/01/13: | Unpaid balance of $995.59 |

\*   **Total:  $76,023.22 due.  You must pay this amount to bring your loan current.
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

| **Your loan is in Foreclosure** |
|---|

The Date of the First Notice of Filing is 09/23/2008.

| **If You Are Experiencing Financial Difficulty** |
|---|

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at 888-504-7300 to discuss assistance programs we may have available for you.

**Rushmore-Sellers 000912**

**The following notice applies to California residents only:**

*The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

*Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*

*For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

**Rushmore-Sellers 000913**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date  06/16/2014

| Account Number | 7600015812 |
|---|---|
| Payment Due Date | 07/01/2014 |
| **Amount Due(5)** | **$74,987.81** |

If payment is received after 07/17/2014, a $39.82 late file will be charged.

Randolph L Sellers                    245
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

This communication is from a debt collector and any information received will be used for that purpose.  This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

### Account Information

| | |
|---|---|
| Property Address | 6045  OAK LEAF RD |
| | KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $2,381.60 |
| Prepayment Penalty | NO |

### Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $186.81 |
| Interest | $547.39 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $318.56 |
| Overdue Payment | $73,673.66 |
| **Total Amount Due** | **$74,987.81** |
| Partial Payment (Unapplied)(1) | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Important Information

(1) **Partial Payment**: Any partial payment that you make are not applied to your mortgage, but instead are held in a separate suspense account.  If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:**  The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding principal:**  This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:  IF YOU ARE FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287.  Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices.  Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity.  We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment.  We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you.  We also encourage you to contact us to discuss any other issues you may be having with your mortgage.  We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment  reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT |
|---|---|---|---|---|
| 7600015812 | 07/01/2014 | $74,987.81 | 07/17/2014 | $75,027.63 |

| Amount Due(5) | |
|---|---|
| **Due By 07/01/2014:** | **$74,987.81** |
| **$39.82 late fee will be charged after 07/17/2014** | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL  32656

Make checks payable to:

**Rushmore Loan Management Services LLC**
**P.O. Box 514707**
**Los Angeles, CA 90051-4707**

005128090007012014760001581200010354100000995594

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our website at www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone      (888) 504-6700
Fax (949)                  453-9397

**HOME RETENTION ASSISTANCE**
Telephone      (888) 504-7300
Fax              (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone      (888) 504-6700
Fax              (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone      (866) 735-2998
Fax              (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone      (877) 230-1446
Fax              (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone      (888) 504-7200
Fax              (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:    RUSHMORE
Code State:   CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                 $25.00

\* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

| City | State | Zip Code |

Home Phone Number                              Business Phone Number

**Rushmore-Sellers 000907**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 06/12/2014

Account Number:  7600015812

## Transaction Activity (12/01/2013 to 06/12/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 12/13 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 12/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 01/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/31 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/07 | PROP PRESERVATION | | | | | 115.00 | 115.00 |
| 02/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/14 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/11 | MISCELLANEOUS | | | | | 325.00 | 325.00 |
| 04/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 04/18 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 05/16 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/19 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 05/28 | HAZARD INS | | | -407.11 | | | -407.11 |
| 05/28 | ESCROW ADVANCE | | | 407.11 | | | 407.11 |
| 06/06 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 06/06 | PROP PRESERVATION | | | | | 32.50 | 32.50 |

## **Delinquency Notice**

**You are late on your mortgage payments.**  Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 06/12/2014, you are 2233 days delinquent on your mortgage loan.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 06/01/14: | Unpaid balance of $995.59 |
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |
| * | Payment due 10/01/13: | Unpaid balance of $995.59 |
| * | Payment due 09/01/13: | Unpaid balance of $995.59 |
| * | Payment due 08/01/13: | Unpaid balance of $995.59 |
| * | Payment due 07/01/13: | Unpaid balance of $995.59 |

\* **Total: $74,987.81 due.  You must pay this amount to bring your loan current.
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

## Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you.

**Rushmore-Sellers 000908**

**The following notice applies to California residents only:**

*The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

*Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*

*For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

**Rushmore-Sellers 000909**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone (888) 504-6700**

**MORTGAGE STATEMENT**
Statement Date: 01/08/2014

| Account Number | 7600015812 |
|---|---|
| Payment Due Date | 06/01/2014 |
| **Amount Due(5)** | **$73,952.40** |

If payment is received after 06/16/2014, a $39.82 late file will be charged.

Randolph L Sellers                    254
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL 32656-8317

This communication is from a debt collector and any information received will be used for that purpose.  This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

## Account Information

| Property Address | 6045  OAK LEAF RD |
|---|---|
| | KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $2,229.10 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $185.88 |
| Interest | $548.32 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $278.74 |
| Overdue Payment | $72,678.07 |
| **Total Amount Due** | **$73,952.40** |
| Partial Payment (Unapplied)(1) | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Important Information

(1) **Partial Payment**:  Any partial payment that you make are not applied to your mortgage, but instead are held in a separate suspense account.  If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance**:  The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding principal**:  This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:  IF YOU ARE FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287.  Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices.  Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity.  We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment.  We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you.  We also encourage you to contact us to discuss any other issues you may be having with your mortgage.  We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment  reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT | Amount Due(5) | |
|---|---|---|---|---|---|---|
| 7600015812 | 06/01/2014 | $73,952.40 | 06/16/2014 | $73,992.22 | **Due By 06/01/2014:** | **$73,952.40** |

**$39.82 late fee will be charged after 06/16/2014**

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL  32656

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

Make checks payable to:

**Rushmore Loan Management Services LLC**
**P.O. Box 514707**
**Los Angeles, CA 90051-4707**

0051280900060120147600015812000010354100000995596

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our websiteat www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone    (888) 504-6700
Fax (949)                    453-9397

**HOME RETENTION ASSISTANCE**
Telephone    (888) 504-7300
Fax    (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone    (888) 504-6700
Fax    (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone    (866) 735-2998
Fax    (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone    (877) 230-1446
Fax    (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone    (888) 504-7200
Fax    (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:    RUSHMORE
Code State:    CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                    $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

----------------------------------------------------------------------

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

_____
Mailing Address

_____
City                                        State              Zip Code

_____
Home Phone Number                          Business Phone Number



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**MORTGAGE STATEMENT**
Statement Date: 05/09/2014

Account Number: 7600015812

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

### Transaction Activity (11/01/2013 to 05/09/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 11/01 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/06 | COUNTY TAX | | | -1,140.86 | | | -1,140.86 |
| 11/06 | ESCROW ADVANCE | | | 1,140.86 | | | 1,140.86 |
| 11/08 | PROP PRESERVATION | | | | | 35.00 | 35.00 |
| 11/15 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 12/13 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 12/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 01/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/31 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/07 | PROP PRESERVATION | | | | | 115.00 | 115.00 |
| 02/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/14 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/11 | MISCELLANEOUS | | | | | 325.00 | 325.00 |
| 04/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 04/18 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 05/02 | PROP PRESERVATION | | | | | 32.50 | 32.50 |

### **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 05/09/2014, you are 2199 days delinquent on your mortgage loan.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 05/01/14: | Unpaid balance of $995.59 |
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |
| * | Payment due 10/01/13: | Unpaid balance of $995.59 |
| * | Payment due 09/01/13: | Unpaid balance of $995.59 |
| * | Payment due 08/01/13: | Unpaid balance of $995.59 |
| * | Payment due 07/01/13: | Unpaid balance of $995.59 |
| * | Payment due 06/01/13: | Unpaid balance of $995.59 |

* **Total: $73,952.40 due.  You must pay this amount to bring your loan current.
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

### Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at 888-504-7300 to discuss assistance programs we may have available for you.

**Rushmore-Sellers 000904**

**The following notice applies to California residents only:**

*The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

*Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*

*For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

**Rushmore-Sellers 000905**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 04/08/2014

| Account Number | 7600015812 |
|---|---|
| Payment Due Date | 05/01/2014 |
| **Amount Due(5)** | **$72,916.99** |

If payment is received after 05/16/2014, a $39.82 late file will be charged.

Randolph L Sellers
Tabetha L Sellers                292
5544 Coronado St
Keystone Heights, FL 32656-8317

Որ||||Ո||Ո|||ո|||ո||||||||||ո||||Ո|||ո|||Ո|ո||ո|ոՈ|ո

This communication is from a debt collector and any information received will be used for that purpose.  This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

## Account Information

| | |
|---|---|
| Property Address | 6045  OAK LEAF RD |
| | KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $1,751.60 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $184.96 |
| Interest | $549.24 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $238.92 |
| Overdue Payment | $71,682.48 |
| **Total Amount Due** | **$72,916.99** |
| Partial Payment (Unapplied)(1) | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Important Information

(1) **Partial Payment**:  Any partial payment that you make are not applied to your mortgage, but instead are held in a separate suspense account.  If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance**:  The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding principal**:  This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:**  Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due:  IF YOU ARE FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287.  Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices.  Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity.  We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment.  We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you.  We also encourage you to contact us to discuss any other issues you may be having with your mortgage.  We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment  reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT | Amount Due(5) | |
|---|---|---|---|---|---|---|
| 7600015812 | 05/01/2014 | $72,916.99 | 05/16/2014 | $72,956.81 | | |

| | |
|---|---|
| Due By 05/01/2014: | $72,916.99 |
| $39.82 late fee will be charged after 05/16/2014 | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL  32656

Make checks payable to:

**Rushmore Loan Management Services LLC
P.O. Box 514707
Los Angeles, CA 90051-4707**

ս||ս|լ|ԿԿ|ս||ս||Ո||Ոս||ս|Ոս|Ոս||ս||Ոս|ս|Ո|Ո||||||

0051280900050120147600015812000010354100000995598

**Rushmore-Sellers 000897**

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our websiteat www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone     (888) 504-6700
Fax (949)                  453-9397

**HOME RETENTION ASSISTANCE**
Telephone     (888) 504-7300
Fax               (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone     (888) 504-6700
Fax               (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone     (866) 735-2998
Fax               (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone     (877) 230-1446
Fax               (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone     (888) 504-7200
Fax               (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:     RUSHMORE
Code State:    CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                $25.00

\* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

| City | State | Zip Code |

Home Phone Number                            Business Phone Number

**Rushmore-Sellers 000898**



**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 04/10/2014

Account Number: 7600015812

## Transaction Activity (10/01/2013 to 04/10/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 10/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 10/18 | PROP PRESERVATION | | | | | 30.00 | 30.00 |
| 10/18 | PROP PRESERVATION | | | | | 105.00 | 105.00 |
| 10/18 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 10/18 | PROP PRESERVATION | | | | | 75.00 | 75.00 |
| 10/18 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 10/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/01 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/06 | COUNTY TAX | | | -1,140.86 | | | -1,140.86 |
| 11/06 | ESCROW ADVANCE | | | 1,140.86 | | | 1,140.86 |
| 11/08 | PROP PRESERVATION | | | | | 35.00 | 35.00 |
| 11/15 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 12/13 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 12/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 01/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/31 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/07 | PROP PRESERVATION | | | | | 115.00 | 115.00 |
| 02/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/14 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 03/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/21 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 04/04 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 04/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 04/10/2014, you are 2170 days delinquent on your mortgage loan.

Recent Account History

| | | |
|---|---|---|
| * | Payment due 04/01/14: | Unpaid balance of $995.59 |
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |
| * | Payment due 10/01/13: | Unpaid balance of $995.59 |
| * | Payment due 09/01/13: | Unpaid balance of $995.59 |
| * | Payment due 08/01/13: | Unpaid balance of $995.59 |
| * | Payment due 07/01/13: | Unpaid balance of $995.59 |
| * | Payment due 06/01/13: | Unpaid balance of $995.59 |
| * | Payment due 05/01/13: | Unpaid balance of $995.59 |

* **Total: $72,916.99 due.  You must pay this amount to bring your loan current.
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

## Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at **888-504-7300** to discuss assistance programs we may have available for you.

**Rushmore-Sellers 000899**

**Rushmore-Sellers 000900**

**The following notice applies to California residents only:**

*The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

*Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*

*For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

**Rushmore-Sellers 000901**



**Rushmore Loan Management Services**

PO Box 52708
Irvine, CA 92619

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

**MORTGAGE STATEMENT**
Statement Date: 01/08/2014

| Account Number | 7600015812 |
|---|---|
| Payment Due Date | 04/01/2014 |
| **Amount Due(5)** | **$71,881.58** |

If payment is received after 04/16/2014, a $39.82 late file will be charged.

Randolph L Sellers
Tabetha L Sellers          297
5544 Coronado St
Keystone Heights, FL 32656-8317

This communication is from a debt collector and any information received will be used for that purpose. This does not imply that Rushmore Loan Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended soley for informational purposes.

## Account Information

| | |
|---|---|
| Property Address | 6045  OAK LEAF RD |
| | KEYSTONE HEIGHTS FL, 32656 |
| Outstanding Principal(3) | $121,008.90 |
| Deferred Balance(2) | $0.00 |
| Interest Rate | 6.000% |
| Recoverable Advances(4) | $1,539.10 |
| Prepayment Penalty | NO |

## Explanation of Amount Due(5)

| | |
|---|---|
| Principal | $184.04 |
| Interest | $550.16 |
| Escrow (for Taxes and Insurance) | $261.39 |
| **Regular Monthly Payment** | **$995.59** |
| Total Fees and Charges | $199.10 |
| Overdue Payment | $70,686.89 |
| **Total Amount Due** | **$71,881.58** |
| Partial Payment (Unapplied)(1) | $0.00 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)(1) | $0.00 | $0.00 |
| Recoverable Advances(4) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Important Information

(1) **Partial Payment**: Any partial payment that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

(2) **Deferred Balance:** The amount of your principal balance that is deferred as part of the terms of a loan modification.

(3) **Outstanding principal:** This is your Loan balance only, not the payoff amount.

(4) **Recoverable Advances:** Disbursements for servicing-related expenses(non-escrow expenses) paid with servicer-funds rather than escrow funds which are recovered from you, the borrower.

(5) **Amount Due: IF YOU ARE FORECLOSURE OR BANKRUPTCY**, the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this statement.

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD).** For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call **800-569-4287. Rushmore Loan Management Services** is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused, and we treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at **888-504-7300** to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you.



(Keep upper portion for your records)
Please mail so that your payment  reaches us by the due date.

| LOAN NUMBER | DUE DATE | AMOUNT DUE | IF REC'D AFTER THIS DATE | LATE PYMT AMOUNT | Amount Due(5) | |
|---|---|---|---|---|---|---|
| 7600015812 | 04/01/2014 | $71,881.58 | 04/16/2014 | $71,921.40 | | |

| Due By 04/01/2014: | $71,881.58 |
|---|---|
| **$39.82 late fee will be charged after 04/16/2014** | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

Randolph L Sellers
Tabetha L Sellers
5544 Coronado St
Keystone Heights, FL  32656

Make checks payable to:

**Rushmore Loan Management Services LLC**
**P.O. Box 514707**
**Los Angeles, CA 90051-4707**

0051280900040120147600015812000010354100000995591

**Rushmore-Sellers 000892**

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. **JUST CALL 1-888-504-6700** from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. Visit our websiteat www.rushmorelm.com.

**CUSTOMER SERVICE**
Monday – Thursday
6:00 a.m. to 7:00 p.m. Pacific Time
Friday
6:00 a.m. to 6:00 p.m. Pacific Time
Telephone     (888) 504-6700
Fax (949)                    453-9397

**HOME RETENTION ASSISTANCE**
Telephone     (888) 504-7300
Fax             (949) 341-2238

**PAYOFF STATEMENTS/INFORMATION**
Telephone     (888) 504-6700
Fax             (949) 453-0419

**HAZARD/HOMEOWNERS INSURANCE**
Telephone     (866) 735-2998
Fax             (866) 257-4121

**PROPERTY TAX INFORMATION /ASSISTANCE**
Telephone     (877) 230-1446
Fax             (855) 269-4419

**COLLECTION DEPARTMENT**
Telephone     (888) 504-7200
Fax             (949) 453-8598

**WESTERN UNION QUICK COLLECT**
Code City:     RUSHMORE
Code State:    CA

**WEB SERVICES**
**www.rushmorelm.com**
General Loan Information
WEB Payment
Home Retention Assistance
Frequently Asked Questions
Forms

**OVERNIGHT PAYMENT ADDRESS:**
Rushmore Loan Management Services
15480 Laguna Canyon Rd., Suite 100
Irvine, California 92618

**SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:**
Rushmore Loan Management Services
P.O. Box 2505
Covina, CA 91722

**SEND INSURANCE BILLS AND POLICIES TO:**
Rushmore Loan Management Services
P.O. Box 692409
San Antonio, TX 78269-2409

**SEND CORRESPONDENCE TO:**
Rushmore Loan Management Services
Customer Service Department
P.O. Box 55004
Irvine, California 92619-5004

**SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO:**
Rushmore Loan Management Services
Compliance Department
P.O. Box 52262
Irvine, California 92619-2262

**STANDARD FEES**
Returned Check Fee *                    $25.00

* Except where restricted by state law
Other Fees are listed on www.rushmore.com

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 55004, Irvine, CA 92619-5004

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit www.hud.gov for a list of HUD-approved agencies in your area.

--------------------------------------------------------------------------------

# MAILING ADDRESS AND PHONE NUMBER CHANGE REQUEST

Mailing Address

| City | State | Zip Code |
| --- | --- | --- |

Home Phone Number                    Business Phone Number

**Rushmore-Sellers 000893**



**Rushmore Loan Management Services**

**MORTGAGE STATEMENT**
Statement Date 03/11/2014

PO Box 52708
Irvine, CA 92619

Account Number: 7600015812

**Visit our website at** www.rushmorelm.com
**Telephone** (888) 504-6700

### Transaction Activity (09/01/2013 to 03/11/2014)

| Date | Description | Principal | Interest | Escrow | Late Charge | Other | Total |
|------|-------------|-----------|----------|--------|-------------|-------|-------|
| 09/20 | PROP PRESERVATION | | | | | 15.00 | 15.00 |
| 09/20 | PROP PRESERVATION | | | | | 100.00 | 100.00 |
| 09/20 | PROP PRESERVATION | | | | | 200.00 | 200.00 |
| 10/04 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 10/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 10/18 | PROP PRESERVATION | | | | | 30.00 | 30.00 |
| 10/18 | PROP PRESERVATION | | | | | 105.00 | 105.00 |
| 10/18 | PROP PRESERVATION | | | | | 50.00 | 50.00 |
| 10/18 | PROP PRESERVATION | | | | | 75.00 | 75.00 |
| 10/18 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 10/25 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/01 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/06 | COUNTY TAX | | | -1,140.86 | | | -1,140.86 |
| 11/06 | ESCROW ADVANCE | | | 1,140.86 | | | 1,140.86 |
| 11/08 | PROP PRESERVATION | | | | | 35.00 | 35.00 |
| 11/15 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 11/18 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 12/13 | PROP PRESERVATION | | | | | 11.50 | 11.50 |
| 12/13 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 12/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/10 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 01/16 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 01/31 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/07 | PROP PRESERVATION | | | | | 115.00 | 115.00 |
| 02/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |
| 02/14 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 02/17 | LATE CHARGE ASSESS | | | | 39.82 | | |
| 03/07 | PROP PRESERVATION | | | | | 60.00 | 60.00 |
| 03/07 | PROP PRESERVATION | | | | | 32.50 | 32.50 |

### **Delinquency Notice**

**You are late on your mortgage payments.**  Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of 03/11/2014, you are 2140 days delinquent on your mortgage loan.

Recent Account History

| | | |
|--|--|--|
| * | Payment due 03/01/14: | Unpaid balance of $995.59 |
| * | Payment due 02/01/14: | Unpaid balance of $995.59 |
| * | Payment due 01/01/14: | Unpaid balance of $995.59 |
| * | Payment due 12/01/13: | Unpaid balance of $995.59 |
| * | Payment due 11/01/13: | Unpaid balance of $995.59 |
| * | Payment due 10/01/13: | Unpaid balance of $995.59 |
| * | Payment due 09/01/13: | Unpaid balance of $995.59 |
| * | Payment due 08/01/13: | Unpaid balance of $995.59 |
| * | Payment due 07/01/13: | Unpaid balance of $995.59 |
| * | Payment due 06/01/13: | Unpaid balance of $995.59 |
| * | Payment due 05/01/13: | Unpaid balance of $995.59 |
| * | Payment due 04/01/13: | Unpaid balance of $995.59 |

* **Total: $71,881.58 due.  You must pay this amount to bring your loan current.
IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current.  To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

### Your loan is in Foreclosure

The Date of the First Notice of Filing is 09/23/2008.

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the **U.S. Department of Housing and Urban Development (HUD)**.  For a list of homeownership counselors or counseling organizations in your area, go to **http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287**.  We also encourage you to contact **Rushmore Loan Management Services** at 888-504-7300 to discuss assistance programs we may have available for you.

**Rushmore-Sellers 000894**

**Rushmore-Sellers 000895**

**The following notice applies to California residents only:**

*The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may call another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may call the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.*

**The following notice applies to Colorado residents only:**

*Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.*

*For information about the Colorado fair debt collection practices act, see www.coloradoattorneygeneral.gov.co. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE.*

**The following notice applies to Massachusetts residents only:**

Notice of important rights: you have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to Texas residents only:**

Statement: Pursuant to Texas Finance Code Chapter 158.101, a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan.

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 North Lamar, Suite 201, Austin, Texas 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550."

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419

Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Banking Department. A borrower may obtain further information from the New York State Banking Department by calling the Department's consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.

NMLS Unique ID Number 185729
New York Registered Mortgage Loan Servicer 185729

**Rushmore-Sellers 000896**