**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RANDOLPH SELLERS,
individually and on behalf of a class
of persons similarly situated and
TABETHA SELLERS, individually
and on behalf of a class of persons
similarly situated

    Plaintiffs,

v.                                      Case No.   3:15-cv-1106-J-32PDB

RUSHMORE LOAN
MANAGEMENT SERVICES, LLC,

    Defendant.

**O R D E R**

On October 29, 2019, the Eleventh Circuit issued an opinion (Doc. 72) vacating this Court's Order denying class certification (Doc. 62) so that on remand, the undersigned "may reconsider whether common questions of law or fact predominate given that the question of whether the 'Bankruptcy Code precluded and/or preempted the FDCPA and FCCPA' raises a common, rather than an individualized, legal issue." Sellers v. Rushmore Loan Mgmt. Servs., LLC, 941 F.3d 1031, 1044 (11th Cir. 2019).

On January 16, 2018, the Court issued an Order stating: "As soon as the Eleventh Circuit has ruled on Plaintiffs' appeal, the parties shall file an amended joint case management report that takes into consideration the status of the case at that time." (Doc. 67). Additionally, the parties should either file joint or separate submissions as to how the Court should proceed given the Eleventh Circuit's decision.

Accordingly, it is hereby

**ORDERED:**

1. By **January 17, 2020**, the parties shall file an amended joint case management report and the requested submission.

2. The Clerk shall reopen the file.

**DONE AND ORDERED** in Jacksonville, Florida the 20th day of December, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies:

Counsel of record