UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RANDOLPH and TABETHA SELLERS,
Individually and on behalf of a class of
persons similarly situated,

    Plaintiffs,

v.

RUSHMORE LOAN MANAGEMENT
SERVICES, LLC,

    Defendant.
_____/

Case No.: 3:15-cv-1106-TJC-PDB

## JOINT MOTION TO ALTER BRIEFING SCHEDULE TO ALLOW FOR SETTLEMENT CONFERENCE

The parties, by and through undersigned counsel, hereby file this Joint Motion to Alter Briefing Schedule to Allow for Settlement Conference, and as grounds therefore, state:

1. This matter has been set for a settlement conference with Magistrate Judge Patricia D. Barksdale on May 27, 2020. [D.E. 84].

2. The parties request that Plaintiffs' class certification brief be due not less than 21 days after the settlement conference is complete, and that Defendant's responsive brief due fourteen days thereafter, in keeping with the briefing schedule contemplated by this Court's previous Scheduling Order [D.E. 77].

3. This request is made in good faith by joint agreement between the parties, is not made for the purposes of delay and is made to increase judicial economy.

WHEREFORE, the parties hereby request that this Honorable Court enter an Order delaying the class briefing schedule as outlined in D.E. 77 and as outlined above.

Respectfully submitted this 31st day of March, 2020.

| VARNELL & WARWICK, P.A. | TROUTMAN SANDERS, LLP |
|---|---|
| /s/ Brian W. Warwick | /s/ Jon S. Hubbard (permission via email) |
| BRIAN W. WARWICK | Jon S. Hubbard, admitted *pro hac vice* |
| Florida Bar No.: 0605573 | 1001 Haxall Point |
| JANET R. VARNELL | Richmond, VA 23219 |
| Florida Bar No.: 0071072 | Telephone: (804) 697-1407 |
| 1101 E. Cumberland Ave., Ste. 201H, #105 | Facsimile: (804) 697-1339 |
| Tampa, FL 33602 | *Jon.hubbard@troutman.com* |
| Telephone: (352) 753-8600 | |
| Facsimile: (352) 504-3301 | TROUTMAN SANDERS, LLP |
| *bwarwick@varnellandwarwick.com* | John C. Lynch, admitted *pro hac vice* |
| *jvarnell@varnellandwarwick.com* | 222 Central Park Avenue, Suite 2000 |
| *kstroly@varnellandwarwick.com* | Virginia Beach, VA 23462 |
| | Telephone: (757) 687-7765 |
| | Facsimile: (757) 687-1504 |
| | *John.Lynch@troutman.com* |
| MAX STORY, P.A. | TERNAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.C. |
| Max Story | Amy L. Drushal |
| Florida Bar No. 527238 | Florida Bar No. 0546895 |
| 328 2nd Avenue North, Suite 100 | 101 E. Kennedy Blvd., Suite 2700 |
| Jacksonville Beach, FL 32250 | Tampa, FL 33602 |
| Telephone: (904) 372-4109 | Telephone: (813) 223-7474 |
| Facsimile: (904) 758-5333 | *adrushal@trenam.com* |
| *max@maxstory.com* | *pbs@trenam.com* |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |