United States District Court
Middle District of Florida
Jacksonville Division

**RANDOLPH SELLERS & TABETHA SELLERS,**
**INDIVIDUALLY AND ON BEHALF OF A CLASS**
**OF PERSONS SIMILARLY SITUATED,**

    *Plaintiffs,*

v.                                                                        **NO. 3:15-cv-1106-J-32PDB**

**RUSHMORE LOAN MANAGEMENT SERVICES, LLC,**

    *Defendant.*

## Order

    Because of the global pandemic and at the parties' request, the undersigned will conduct the July 28, 2020, settlement conference by video teleconference using Zoom. The Courtroom Deputy will separately send counsel an email invitation with the link and password. Participants should dress in appropriate court attire and appear in front of an appropriate professional background. Federal Rule of Criminal Procedure 53 (constraining a judge's authority to permit photographing or broadcasting a judicial proceeding) and Local Rule 4.11 (prohibiting photographing the proceeding, operating a recording or transmission device during the proceeding, and broadcasting or televising the proceeding), apply.

    **Ordered** in Jacksonville, Florida, on June 29, 2020.

                                                             PATRICIA D. BARKSDALE
                                                              *United States Magistrate Judge*

c:      Counsel of Record